United States District Court
Southern District of Texas
**ENTERED**
November 21, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. L-18-0912** |
| | § | |
| **MOKTAR HOSSAIN;** | § | |
| **AKA MUKTAR HUSSAIN;** | § | |
| **AKA MUSA;** | § | |
| **AKA MUSA BHAI;** | § | |
| **AKA BABU BHAI;** | § | |
| **AKA ASHRAF;** | § | **UNDER SEAL** |
| **AKA ASHRAB;** | § | |
| **AKA RICKY;** | § | |
| **AKA CARLOS** | § | |

**ORDER TO SEAL INDICTMENT**

The Government's Motion to SEAL the above-referenced Criminal Indictment, Motion, and Order to Seal as to the above-named defendant is hereby **GRANTED** until the arrest of the named defendant, at which time this Criminal Indictment, Motion, and Order shall be unsealed.

DONE at Laredo, Texas on this 20 day of November, 2018.

SAM SHELDON
UNITED STATES MAGISTRATE JUDGE