NOV 20 2018

David J. Bradley, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.** |
| | § | **L-18-0912** |
| **MOKTAR HOSSAIN;** | § | |
| **AKA MUKTAR HUSSAIN;** | § | |
| **AKA MUSA;** | § | |
| **AKA MUSA BHAI;** | § | |
| **AKA BABU BHAI;** | § | |
| **AKA ASHRAF;** | § | **UNDER SEAL** |
| **AKA ASHRAB;** | § | |
| **AKA RICKY;** | § | |
| **AKA CARLOS** | § | |

# MOTION FOR BENCH WARRANT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America by and through RYAN K. PATRICK, United States Attorney in and for the Southern District of Texas, and respectfully moves this Honorable Court to issue a Bench Warrant for the arrest of defendant, **MOKTAR HOSSAIN; AKA MUKTAR HUSSAIN; AKA MUSA; AKA MUSA BHAI; AKA BABU BHAI; AKA ASHRAF; AKA ASHRAB; AKA RICKY; AKA CARLOS** on the grounds that a Criminal Indictment has been filed against said defendant on **November 20, 2018**.

WHEREFORE, PREMISES CONSIDERED, the Government respectfully requests this Honorable Court issue a Bench Warrant for the arrest of Defendant, **MOKTAR HOSSAIN; AKA MUKTAR HUSSAIN; AKA MUSA; AKA MUSA BHAI; AKA BABU BHAI; AKA ASHRAF; AKA ASHRAB; AKA RICKY; AKA CARLOS.**

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

Jose Homero Ramirez
Assistant United States Attorney