United States District Court
Southern District of Texas
**ENTERED**
November 21, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.** |
| | § | **L-18-0912** |
| **MOKTAR HOSSAIN;** | § | |
| **AKA MUKTAR HUSSAIN;** | § | |
| **AKA MUSA;** | § | |
| **AKA MUSA BHAI;** | § | |
| **AKA BABU BHAI;** | § | |
| **AKA ASHRAF;** | § | **UNDER SEAL** |
| **AKA ASHRAB;** | § | |
| **AKA RICKY;** | § | |
| **AKA CARLOS** | § | |

**ORDER FOR ISSUANCE OF BENCH WARRANT**

It appearing to the Court that a Criminal Indictment has been filed against the defendant listed below, it is hereby ORDERED that a warrant be issued for the arrest of said defendant and bail is hereby set in the amount shown below, returnable instanter to the Laredo Division of this Court, such bail to be taken by the United States Magistrate Judge.

| DEFENDANT | AMOUNT OF BAIL |
|---|---|
| **MOKTAR HOSSAIN;**<br>**AKA MUKTAR HUSSAIN;**<br>**AKA MUSA;**<br>**AKA MUSA BHAI;**<br>**AKA BABU BHAI;**<br>**AKA ASHRAF;**<br>**AKA ASHRAB;**<br>**AKA RICKY;**<br>**AKA CARLOS** | To be set at Initial Appearance |

ENTERED in Laredo, Texas, this 20 day of November, 2018.

[signature]

UNITED STATES MAGISTRATE JUDGE