**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus* Case Number: 5:18−cr−00912

Moktar Hossain

---

## Notice of Resetting

**A proceeding has been reset in this case as to Moktar Hossain as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**PLACE:**
Courtroom 2A
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 12/10/2018

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Initial Appearance

---

Date: December 6, 2018 David J. Bradley, Clerk