United States District Court
Southern District of Texas
**ENTERED**
December 12, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

UNITED STATES OF AMERICA

vs

Moktar Hossain
*Defendant*

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Case Number: 5:18−cr−00912

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for December 19, 2018 at 10:00 AM before United States Magistrate Judge Diana Song Quiroga at 1300 Victoria, Courtroom 2B, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Sam S. Sheldon
United States Magistrate Judge

Date: **December 12, 2018**

CHARGE(S): 8 USC 1324 (a)(1)(A)(i), 1324(a)(1)(A)(v)(I) and 1324 (a)(1)(B)(i); 8 USC 1324(a)(2)(B)(ii); 18 USC 2; 8 USC 1324(a)(1)(A)(iv), 1324(a)(1)(A)(v)(I); 1324(a)(1)(B)(i).