AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
*Plaintiff*
v.
Moktar Hossain
*Defendant*

Case No. 5:18-CR-00912

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America .

Date: 12/12/2018

*Attorney's signature*

James Hepburn - PA Bar #200051
*Printed name and bar number*

Department of Justice
1301 New York Ave., NW
Suite 200
Washington, DC 20530
*Address*

james.hepburn2@usdoj.gov
*E-mail address*

(202) 307-2908
*Telephone number*

(202) 616-2491
*FAX number*