**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **Plaintiff** | * |
| | * |
| | * |
| **V** | * **CRIMINAL NO. 5:18-0912** |
| * | |
| | * |
| | * |
| **MOKTAR HOSSAIN** | * |
| **Defendant** | * |

**MOTION FOR SUBSTITUTION OF COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Moktar Hossain Applicant in the above entitled and numbered cause and moves this Court to allow the substitution of Roel Canales, of Webb County, Texas a practicing Attorney licensed to practice in the State of Texas and The United States District Court for the Southern District of Texas in the place and stead of the Craig Lawrence for the above named Applicant in this cause. In support of this motion, the Applicant would show unto the Court as follows:

**I.**

That Craig Lawrence was previously appointed to represent applicant on this case.

**II.**

Applicant now desires to hire, Roel Canales of Webb County, Texas to represent him as Retained Counsel and to appear as Counsel of Record on Applicant's behalf.

**WHEREFORE, PREMISES CONSIDERED**, the Applicant prays that this Court

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been forwarded to the Assistant U.S. Attorney, 1124 McPherson, Suite 100A, Webb County Texas 78045 on this the 18th 19 day of December 2018 via electronic case filing system CM/ECF.

/s/roel canales
Roel Canales

permit the substitution of Counsel as requested in this cause.

Respectfully submitted,

Craig Lawrence w/permission (RC)

Craig Lawrence
6699 McPherson Suite b325
Laredo, Texas 78040
956-717-1961
956-717-2789
craiglawlaredo@sbcglobal.net

Roel Canales
Attorney at Law
SBN: 24057792 FID:777079
Canales Law, PLLC
416 Shiloh Drive Suite C1
Tel: (956) 723-0100
Fax. (956) 290-8272

Moktar Hossain Applicant