**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **Plaintiff** | * |
| | * |
| | * |
| **V** | * **CRIMINAL NO. 5:18-0912** |
| | * |
| | * |
| **MOKTAR HOSSAIN** | * |
| **Defendant** | * |

**ORDER ON MOTION TO SUBSTITUTE COUNSEL**

On December _____, 2018, the Court considered Movant Roel Canales' Motion to Substitute Counsel in which he asked the court to allow Craig Lawrence withdrawal and the substitution of Roel Canales as attorney of record in this case.

The Court finds that the motion has merit and should be **GRANTED**.

It is therefore ordered that Craig Lawrence is discharged as attorney of record, and Roel Canales is substituted as attorney of record for Moktar Hossain

All papers in this cause should hereafter be served on Roel Canales, State Bar Number: 24057792, at 416 Shiloh Drive Suite C1, Laredo, Texas 78045, Telephone Number : (956) 723-0100, Fax Number: (956) 290-8272 Email: rcanaleslaw@outlook.com

Signed in Laredo, Texas on _______________________.

______________________________
United States Magistrate Judge