**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL ACTION NO. 5:18-0912 |
| | § | |
| MOKTAR HOSSAIN | § | |

**DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING**

Defendant, MOKTAR HOSSAIN, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

Respectfully submitted,

DEFENDANT

12-18-18
DATE

ATTORNEY FOR DEFENDANT