IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| v. | § | Criminal No. 5:18-CR-0912 |
| MOKTAR HOSSAIN | § | |
| Defendant | | |

**MOTION FOR EXTENSION OF TIME**
**WITHIN WHICH TO FILE PRE-TRIAL MOTIONS**

**NOW COMES** Defendant, MOKTAR HOSSAIN, through his attorney Roel Canales, requests the Court to extend the time within which to file Pre-Trial motions. In support of this motion the Defendant will respectfully show unto the court the following:

I.

Defendant is charged with a sixteen-count indictment charging him with (count 1) conspiracy to bring an alien to the United States, (count 2-15) Bringing an alien to the United States and Aiding and Abetting (count 16) conspiracy to encourage and induce an alien to enter the United States. The Defendant, if convicted, as to Counts 1, 2, 3, & 16 may be subjected to a maximum term of not more than 10 years of imprisonment and/or a fine of $250,000.00 per count and as to counts 4-15, a maximum of 15 years imprisonment and/or a fine of $250,000.00 per count. This case is considered at the very least a quasi-complex based on the voluminous discovery in this case.

The motion's deadline is set for December 31, 2018. The final pre-trial setting is set for January 30, 2019 at 9:00 am before the Honorable Magistrate Judge Sam Sheldon.

II.

The Government is not opposed to this motion and has advised the Court that it is still considering whether or not they will be filing a motion to certify as complex. The undersigned has received the discovery in this case and includes over 1,200 pages of discovery material as well as multiple recordings and DVDs. The investigation involves an alleged human smuggling operation from on or about March 2017 – August 2018.

III.

The undersigned has begun discovery and based on the voluminous discovery material does not anticipate completing his investigation, discovery and research prior to the motions deadline. Counsel needs additional time to complete the discovery in this case. The case involves at least 14 material witnesses.

The undersigned respectfully requests the motions deadline be extended for at least 45 working days.

III.

**WHEREFORE, PREMISES CONSIDERED**, the Defendant, respectfully requests that the court grant Defendant's Request for Extension of Time within Which to File Pre-Trial motions to a reasonable time after defense counsel has had an opportunity to complete discovery and file any necessary motions, if any.

Respectfully submitted,

**CANALES LAW, PLLC**

By: /s/roel canales
**Roel Canales**
Texas Bar No. 24057792
FID.777079
rcanaleslaw@outlook.com
416 Shiloh Drive Suite C1
Laredo, Texas 78045
Tel. (956) 723-0100
Fax. (956) 290-8272
**Attorney for MOKTAR HOSSAIN**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of December 2018, a copy of the foregoing motion was served on the Assistant United States Attorney via EC/CMF.

/s/roel canales
ROEL CANALES

**CERTIFICATION OF CONSULTATION**

This is to certify that the undersigned counsel conferred with the Assistant U.S. Attorney in charge of the Laredo Division, Homero Ramirez, on December 20, 2018 and he was not opposed.

/s/roel canales
ROEL CANALES