IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| v. | § | Criminal No. 5:18-CR-0912 |
| MOKTAR HOSSAIN | § | |
| Defendant | | |

**ORDER**

Having considered the Motion for extension of time within which to file pre-trial motions of the Defendant, MOKTAR HOSSAIN. The same is hereby:

_________(GRANTED) _________ (DENIED).

______________________________
HONORABLE DIANA SALDAÑA
UNITED STATES DISTRICT JUDGE