**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 5:18-cr-00912** |
| | § | |
| **MOKTAR HOSSAIN;** | § | |
| **AKA MUKTAR HUSSAIN;** | § | |
| **AKA MUSA;** | § | |
| **AKA MUSA BHAI;** | § | |
| **AKA BABU BHAI;** | § | |
| **AKA ASHRAF;** | § | |
| **AKA ASHRAB;** | § | |
| **AKA RICKY;** | § | |
| **AKA CARLOS** | § | |

**JOINT MOTION FOR PROTECTIVE ORDER**

The Government and the Defendant, through the undersigned counsel, respectfully submit this Motion for a Protective Order and requests the Court enter the attached Order. The parties respectfully request this Court order discovery to be produced and maintained as follows:

a. The Government will classify certain discovery as (1) items not subject to the restrictions of the Court's Protective Order; and (2) sensitive material, including but not limited to witnesses' A-Files and sensitive law enforcement reports, subject to the Protective Order (herein after referred to as the "protected discovery").

b. The Government will provide the protected discovery to defense counsel in paper format, redacted as appropriate.[1]

---

1 If there are materials that are originally in electronic format, such as video or audio files, the Government will produce them in the same manner to the defense.

c. The Government will provide the protected discovery to defense counsel marked as "SUBJECT TO A PROTECTIVE ORDER".

d. Only the Defendant, defense counsel, and members of the defense team may view the protected discovery. However, should defense counsel wish to have other individuals view the protected discovery for the purposes of assisting in the defense of this case, defense counsel shall submit their names to the Court in order for the Court to approve them prior to their viewing of the discovery. These individuals shall sign the acknowledgement form described in paragraph (j) below prior to viewing the discovery.

e. Defendant, and individuals approved by the Court, may view the protected discovery only for the purpose of assisting in the defense of this case. The Defendant, and those approved by the Court, will not retain custody of any of the protected discovery.

f. The protected discovery will not be disclosed to anyone who is not assigned to, and directly involved in, the preparation of the defense in this case.

g. Any of the protected discovery filed with the Court shall be filed under seal under the authority of this Order, except by agreement between counsel.

h. The defense team is defined as a person who is a partner or associate in defense counsel's law firm or is either a member of the Texas Bar or admitted to practice before the United States District Court for the Southern District of Texas, and is assigned to assist in the preparation of the defense in this case. Defense counsel shall keep a list of those deemed to be part of the defense team.

i. Defense counsel shall go over the terms of the protective order with the Defendant, those individuals approved by the Court, as well as any members of the defense team. Further, defense counsel shall have the Defendant, individuals approved by the Court, and

defense team members sign an acknowledgement form provided by the Government, affirming that they understand the terms of the protective order and consequences of violating the protective order, prior to reviewing any of the protected discovery.

j. A copy of this Order shall be kept with the protected discovery at all times.

k. At the conclusion of this criminal case, including the final determination of any appeal, defense counsel shall return to the Government the protected discovery received pursuant to this Protective Order.

BRIAN BENCZKOWSKI
Assistant Attorney General
Department of Justice

By:______________________________
James Hepburn
Erin Cox
Trial Attorneys
Human Rights and Special Prosecutions Section

By:______________________________
Roel Canales
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on defense counsel via CM/ECF on March 1, 2019.

BRIAN BENCZKOWSKI
Assistant Attorney General
Department of Justice

By: ______________________
James Hepburn
Erin Cox
Trial Attorneys
Human Rights and Special Prosecutions Section