**SECRETARÍA DE GOBERNACIÓN**
**INSTITUTO NACIONAL DE MIGRACIÓN**
**DELEGACIÓN FEDERAL EN LA CIUDAD DE MÉXICO**
**DIRECCIÓN DE ATENCIÓN A TRÁMITES "A"**
**SUBDIRECCIÓN DE ATENCIÓN A TRÁMITES "A"**
**JEFATURA DE DEPARTAMENTO DE ATENCIÓN A TRÁMITES "A"**

**ASUNTO: NEGATIVA DE TRÁMITE POR DECLARACIONES**

**NUT: 0000003929270**

**FOLIO: 0000003774509**

**Ciudad de México, a 27 de noviembre de 2018**

**PROMOVENTE: MOKTAR HOSSAIN**
**NACIONALIDAD: DE BANGLADESH**
**DOMICILIO: CALLE CANTUNIL LT 7 MZ 94**
**COLONIA: PEDREGAL DE SAN NICOLAS TOTOLAPAN**
**DELEGACIÓN: TLALPAN**
**C.P. 14100, CIUDAD DE MÉXICO**
**P R E S E N T E:**

Vistos para resolver el trámite Migratorio de **REGULARIZACIÓN POR UNIDAD FAMILIAR** a favor del extranjero (a) **MOKTAR HOSSAIN** nacionalidad **DE BANGLADESH**, para lo cual con fundamento en lo dispuesto por el artículo 57 fracción I de la Ley Federal de Procedimiento Administrativo, se procede a dictar resolución al tenor de los siguientes:

**RESULTANDOS:**

**1.-** Que con fecha **02 de agosto de 2018**, se solicitó ante la Delegación Federal del Instituto Nacional de Migración en la Ciudad de México el trámite Migratorio **REGULARIZACIÓN POR UNIDAD FAMILIAR** a favor del extranjero (a) **MOKTAR HOSSAIN** nacionalidad **DE BANGLADESH** al que recayó el Número Único de Trámite **0000003929270** y que por razón de turno tocó conocer a la Subdirección de Atención a Trámites "A".

**2.-** Que el promovente adjuntó a su solicitud con número de pieza **0000005353719** de fecha **25 de julio de 2018**, la siguiente documentación:

> **a).-** Copia simple del pasaporte número BM0926203 expedido el 27 de diciembre de 2016, a favor de MOKTAR HOSSAIN nacionalidad DE BANGLADESH; copia que se revisó con su original por el personal del área de recepción de documentos, adscritos a la Delegación Federal del Instituto Nacional de Migración en la Ciudad de México. b) Escrito de subsistencia de vinculo mstrimonial firmado por Moktar Hossain y Mildred Desiree Aguilera Villazul y c) Original del acta de matrimonio N° 267 expedida por el registro civil de la ciudad de México.

**3.-** Con fecha **04 de octubre de 2018**, mediante oficio con número de folio **000000623296**, se fijó prevención, solicitándose lo siguiente:

- **"...Con fundamento en el artículo 52 de los Lineamientos para Trámites y Procedimientos Migratorios: deberá Presentarse y no por conducto de su apoderado legal, acompañado de dos testigos, a efecto de desahogar una diligencia administrativa de Carácter Migratorio, el próximo <u>Lunes</u> posterior inmediato a la fecha de notificación del presente oficio en la Subdirección de Control y Verificación Migratoria de esta Delegación Federal, ubicada en Ejercito Nacional N° 862, Col. Polanco, Segunda Sección, C.P. 11540; en un horario de <u>9:00 a 13:00 horas</u>, además de traer consigo la siguiente documentación...**

SECRETARÍA DE GOBERNACIÓN
INSTITUTO NACIONAL DE MIGRACIÓN
DELEGACIÓN FEDERAL EN LA CIUDAD DE MÉXICO
DIRECCIÓN DE ATENCIÓN A TRÁMITES "A"
SUBDIRECCIÓN DE ATENCIÓN A TRÁMITES "A"
JEFATURA DE DEPARTAMENTO DE ATENCIÓN A TRÁMITES "A"

ASUNTO: NEGATIVA DE TRÁMITE POR DECLARACIONES

NUT: 0000003929270

FOLIO: 0000003774509

Ciudad de México, a 27 de noviembre de 2018

**Únicamente en el caso de que no hubiesen transcurrido al menos cinco días hábiles entre la fecha de notificación del oficio antes descrito y el día establecido para su comparecencia, la fecha señalada se recorrerá una semana más..."** ***(Sic)***

4.- Que en fecha **08 de octubre de 2018**, el extranjero materia del presente trámite, se presentó a comparecer voluntariamente, ante la Subdirección de Control y Verificación Migratoria adscrita a la Delegación Federal del Instituto Nacional de Migración en la Ciudad de México, declaraciones, formuladas bajo protesta de decir verdad que quedaron asentadas bajo el número de acta **INM/CDMX/SFCDMX/SCVM/4432/2018**, firmando en el acto de puño y letra la misma.

Documentales que fueron admitidas y desahogadas conforme a su propia y especial naturaleza, en términos de lo establecido por los artículos 129 y 133 del Código Federal de Procedimientos Civiles aplicado supletoriamente de acuerdo con lo ordenado en los artículos 2 de la Ley Federal de Procedimiento Administrativo y 77 de la Ley de Migración.

Una vez sentado lo anterior, ésta autoridad migratoria declara jurídicamente procedente entrar al estudio del fondo del asunto; y

**CONSIDERANDO.**

I.- Esta autoridad migratoria es competente para conocer del presente trámite migratorio, con fundamento en los artículos 11, 14 y 16 de la Constitución Política de los Estados Unidos Mexicanos; 2, 14, 17, 17 Bis y 26 de la Ley Orgánica de la Administración Pública Federal; 1, 2, 3 y 12 de la Ley Federal de Procedimiento Administrativo; 1, 2, 18 fracciones II, III y VIII, 19 y 20, de la Ley de Migración; 1 y 2 de su Reglamento; 2 apartado C fracción III, 69, 70, 77 fracción II y último párrafo, 78 y 92 fracciones I, III y IV del Reglamento Interior de la Secretaría de Gobernación, publicado en el Diario Oficial de la Federación el 2 de abril de 2013; 5, 6, 8, 11 y 18 **fracción II** del Acuerdo por el que se delegan atribuciones para autorizar trámites migratorios y ejercer diversas atribuciones previstas en la Ley de Migración y su Reglamento a los servidores públicos adscritos a las Delegaciones Federales del Instituto Nacional de Migración, publicado en el Diario Oficial de la Federación el día 13 de noviembre de 2012; así como en los artículos 1, 9 y 52 de los Lineamientos para Trámites y Procedimientos Migratorios publicado en el Diario Oficial de la Federación el 08 de noviembre de 2012.

**SEGUNDO.**- Asimismo, con fundamento en el artículo 79 de la Ley de Migración, ésta autoridad se allegó de los medios de prueba que consideró necesarios para mejor proveer.

**TERCERO.**- Que el Artículo 43 de la Ley de Migración en su fracción III establece:

> Sin perjuicio de lo dispuesto en el artículo 42 de este ordenamiento, las autoridades migratorias podrán <u>negar</u> la expedición de la visa, la internación regular a territorio nacional o su permanencia a los extranjeros que se ubiquen en alguno de los siguientes supuestos:
> I. ...;

DAGH / AJSO

SECRETARÍA DE GOBERNACIÓN
INSTITUTO NACIONAL DE MIGRACIÓN
DELEGACIÓN FEDERAL EN LA CIUDAD DE MÉXICO
DIRECCIÓN DE ATENCIÓN A TRÁMITES "A"
SUBDIRECCIÓN DE ATENCIÓN A TRÁMITES "A"
JEFATURA DE DEPARTAMENTO DE ATENCIÓN A TRÁMITES "A"

ASUNTO: NEGATIVA DE TRÁMITE POR DECLARACIONES

NUT: 0000003929270

FOLIO: 0000003774509

Ciudad de México, a 27 de noviembre de 2018

II. Cuando no cumplan con los requisitos establecidos en esta Ley, su Reglamento y otras disposiciones jurídicas aplicables;

***III. Cuando se dude de la autenticidad de los documentos o de la veracidad de los elementos aportados...***

***Las autoridades migratorias, en el ámbito de sus atribuciones, contarán con los medios necesarios para verificar los supuestos anteriores y para este fin podrán solicitar al extranjero la información o datos que se requieran...***

**CUARTO.-** Que con base en las declaraciones realizadas por **MOKTAR HOSSAIN** de nacionalidad **DE BANGLADESH**, que quedaron asentadas, como se dijo en el resultando cuarto dentro del acta de comparecencia con número de folio **INM/CDMX/SFCDMX/SCVM/4432/2018**, en donde se le protestó a conducirse con verdad durante las diligencias advertidas de las penas en que incurren los falsos declarantes enterándola del contenido del artículo 247 fracción I del Código Penal Federal, declarando textualmente lo que sigue:

> "...Comparezco ante esta Subdelegación Federal en la Ciudad de México, con motivo de mi trámite de **REGULARIZACIÓN MIGRATORIA POR UNIDAD FAMILIAR**, y vengo a manifestar lo siguiente: "La última vez que ingrese a México hace tres años más o menos, mi entrada al país fue por la Frontera Sur por Tapachula Chiapas, venía solo, a mi llegada nadie me esperaba, yo venía a México para trabajar, sin embargo, antes de hacerlo pase por Migración donde estuve quince días sacando un documento, les dije que no quería estar en mi país, mi idea era irme para Estados Unidos pero me gusto estar en México, en migración me preguntaron qué documento quería, me dieron un oficio de 15 días para poder estar en el país, posteriormente me vine para la Ciudad de México y aquí trámite mi tarjeta de visitante la cual deje cuando ingrese mi trámite de Regularización. Cuando llegue a la Ciudad de México viví en otro domicilio del cual no me acuerdo, hace quince días cambie de domicilio y tampoco me sé el domicilio nuevo. Empecé a trabajar como **COMERCIANTE** compro ropa en el centro y luego las mando en autobús con mi contacto en Monterrey, Hermosillo y otras ciudades, a la semana gano $4,000 sin embargo dicha actividad la realizo sin tener permiso para trabajar por parte de este Instituto. **Así mismo manifestó que actualmente me encuentro solicitando un trámite de Regularización por Unidad Familiar ya que me case con MILDRE DECIDER AGUILAR sólo tiene un apellido, quien es nacionalidad mexicana, nos casamos en un juzgado del Pedregal, ese día nos acompaño Miriam Aquino de nacionalidad mexicana. Mi esposa tiene familia la cual se conforma por su madre y su hermana DECIDER AGUILAR HERNANDEZ, cabe mencionar que son de papás diferentes. Yo conocí a mi esposa cuando trabajaba en un Restaurante de Sushi donde trabajaba como ayudante y ella trabajaba en la cocina, nosotros duramos seis meses de novios, ella antes vivía en Tlalpan y Periférico junto con su familia y ahorita ella vive conmigo en el Pedregal. Vivimos en un departamento rentado donde pagamos de renta $3,800.** Mi esposa actualmente no trabaja porque no quiero, yo al mes gano más o menos $10,000 dependiendo cuanta ropa venda. No omito mencionar que anteriormente yo hice un cambio de condición pero no sé qué paso con ese trámite, estuve esperando mucho tiempo pero no salió, motivo por el cual solicité mi regularización por estar casado con mi esposa mexicana quien tiene 28 años de edad. Por todo lo manifestado anteriormente, es que solicito ante esta autoridad mi regularización de mi calidad migratoria para poder estar de manera regular en México. Manifiesto que no tengo vínculo familiar con personas de nacionalidad extranjera viviendo en el país y sí tengo vínculo familiar con personas de nacionalidad mexicana viviendo en el país siendo esta mi esposa. Manifiesto que no he sido víctima de ningún delito grave y no he estado sujeta a ningún proceso jurídico ni administrativo que me impida la salida del país Siendo todo lo que deseo manifestar, lo ratifico en todas y cada una de las partes firmando al alcance para constancia..." (sic)

SECRETARÍA DE GOBERNACIÓN
INSTITUTO NACIONAL DE MIGRACIÓN
DELEGACIÓN FEDERAL EN LA CIUDAD DE MÉXICO
DIRECCIÓN DE ATENCIÓN A TRÁMITES "A"
SUBDIRECCIÓN DE ATENCIÓN A TRÁMITES "A"
JEFATURA DE DEPARTAMENTO DE ATENCIÓN A TRÁMITES "A"

ASUNTO: NEGATIVA DE TRÁMITE POR DECLARACIONES

NUT: 0000003929270

FOLIO: 0000003774509

Ciudad de México, a 27 de noviembre de 2018

De lo citado, resultan inconsistencias en sus declaraciones que hacen dudar de manera fundada a ésta autoridad de la veracidad sustancial por las siguientes cuestiones: Toda vez que en comparecencia INM/CDMX/SFCDMX/SCVM/4432/2018 de fecha 08 de octubre del 2018 manifestó que: "'...Cuando llegue a la Ciudad de México viví en otro domicilio el cual no me acuerdo, hace quince días cambie de domicilio y tampoco me acuerdo...," (énfasis añadido) domicilio que se contrapone a lo manifestado en los generales de la citada comparecencia el cual describe el ubicado en: "...CALLE 35, COLONIA PEDREGAL SAN NICOLÁS, DELEGACIÓN TLALPAN, C.P. 17270, CIUDAD DE MÉXICO..."; (Sic) así como en el plasmado en el formato para solicitar tramite migratorio de estancia con número de pieza 5353719 de fecha 25 de julio de 2018, en el cualz se lee el ubicado en: "...Calle Cantunil LT 7 MZ 94, Colonia Pedregal de San Nicolas Totolapan, Delegación Tlalpan, Ciudad de México..". (Sic) no obstante lo anterior también manifiesta que actualmente se encuentra solicitando trámite de Regularización por Unidad Familiar ya que se casó con MILDRE DECIDER AGUILAR quien cuenta con un solo apellido, lo cual se desvirtúa con la copia certificada de Matrimonio con número de folio 27530064, expedida el 08 de enero del 2018 por el C. Juez Central del Registro Civil del Distrito Federal A hoy Ciudad de México el cual contiene el nombre de contrayente ella MILDRED DESIREE AGUILERA VILLAZUL. Por lo tanto, al no coincidir las manifestaciones del promovente plasmadas en la multicitada comparecencia INM/CDMX/SFCDMX/SCVM/4432/2018 de fecha 08 de octubre del 2018; así como en las documentales antes descritas, esta autoridad considera procedente negar el trámite, con fundamento en el artículo 126 de la Ley de Migración que a la letra reza: **"Artículo 126. Las solicitudes de trámite migratorio deberán contener los datos y requisitos que se precisen en la Ley, el Reglamento y en otras disposiciones administrativas de carácter general."** y en las fracciones II y III del artículo 43 de la misma, que textualmente establecen: **"Artículo 43. ...las autoridades migratorias podrán negar la expedición de la visa,... a los extranjeros que se ubiquen en alguno de los siguientes supuestos: ... II. Cuando no cumplan con los requisitos establecidos en esta Ley, su Reglamento y otras disposiciones jurídicas aplicables; - III.- Cuando se dude de la autenticidad de los documentos o de la veracidad de los elementos aportados..."**. (Sic).

En consecuencia, por los fundamentos y motivos de derechos antes expuestos, esta autoridad migratoria considera que resulta procedente <u>negar</u> la autorización de la solicitud presentada, siendo el caso que se duda de la información aportada y que además claramente esa información es equivocada por ende no se cumple con los requisitos legales establecidos, por ello con base en los dispositivos legales invocados **SE NIEGA EL PRESENTE TRÁMITE.**

Por lo que, ésta autoridad migratoria:

**RESUELVE:**

**Primero.-** Se **NIEGA** el trámite migratorio de **REGULARIZACIÓN POR UNIDAD FAMILIAR** a favor del extranjero (a) **MOKTAR HOSSAIN** nacionalidad **DE BANGLADESH**, al que recayó el Número Único de Trámite 0000003929270, de conformidad con los razonamientos contenidos en los considerandos de la presente resolución.

**Segundo.-** Con fundamento en lo dispuesto por los artículos 77 de la Ley de Migración y 3, fracción XIV y XV de la Ley Federal de Procedimiento Administrativo, se hace saber a la promovente, que el expediente puede ser consultado en las oficinas que ocupa ésta autoridad ubicada en Av. Ejército Nacional # 862, Primer Piso, Colonia Polanco, Segunda Sección, Delegación Miguel Hidalgo, C.P. 11540, Ciudad de México, asimismo que en contra de la presente resolución, procede la interposición del recurso de revisión, referido en el artículo 83 de la Ley Federal de Procedimiento

SECRETARÍA DE GOBERNACIÓN
INSTITUTO NACIONAL DE MIGRACIÓN
DELEGACIÓN FEDERAL EN LA CIUDAD DE MÉXICO
DIRECCIÓN DE ATENCIÓN A TRÁMITES "A"
SUBDIRECCIÓN DE ATENCIÓN A TRÁMITES "A"
JEFATURA DE DEPARTAMENTO DE ATENCIÓN A TRÁMITES "A"

ASUNTO: NEGATIVA DE TRÁMITE POR DECLARACIONES

NUT: 0000003929270

FOLIO: 0000003774509

Ciudad de México, a 27 de noviembre de 2018

Administrativo, el cual podrá interponerse en un plazo de quince días hábiles, contados a partir del día siguiente a la notificación de la presente resolución, lo anterior de conformidad con el artículo 85 de la Ley antes citada.

**TERCERO.-** Notifíquese a la promovente la presente resolución personalmente, por conducto de las personas autorizadas para tal efecto o por correo electrónico como lo autorizo en la solicitud del trámite.

**CUARTO.-** En su oportunidad archívese el presente, como asunto total y definitivamente concluido, por carecer de materia

Así lo resolvió y firma;

**ATENTAMENTE**

ETARIA DE GOBERNACIÓN
MIGRACIÓN

**MTRO. JONATHAN CRUZ QUINTANA**
**SUBDIRECTOR DE ATENCIÓN A TRÁMITES**

DAGH / AJSO

[Seal]

OFFICE OF THE SECRETARY
OF GOVERNMENT
NATIONAL IMMIGRATION INSTITUTE
[Initials]

**OFFICE OF THE SECRETARY OF GOVERNMENT**
**NATIONAL IMMIGRATION INSTITUTE**
**FEDERAL OFFICE FOR MEXICO CITY**
**PROCESSING OFFICE "A"**
**DEPUTY PROCESSING OFFICE "A"**
**PROCESSING HEADQUARTERS "A"**

**SUBJECT: DENIAL OF APPLICATION BASED ON STATEMENTS**

**UNIQUE APPLICATION NUMBER: 0000003929270**

**FILE: 0000003774509**

**Mexico City, November 27, 2018**

**APPLICANT: MOKTAR HOSSAIN**
**NATIONALITY: FROM BANGLADESH**
**ADDRESS: CALLE CANTUNIL LT 7 MZ 94**
**SUBDIVISION: PEDREGAL DE SAN NICOLAS TOTOLAPAN**
**BOROUGH: TLALPAN**
**POSTAL CODE: 14100, MEXICO CITY**
**BY HAND:**

Having reviewed the Immigration **LEGALIZATION OF STATUS THROUGH FAMILY** application for foreign citizen **MOKTAR HOSSAIN**, a **BANGLADESHI** national, based on the stipulations of Article 57, Section I of the Federal Law of Administrative Procedure, a decision is now issued according to the terms of the following:

**FINDINGS OF FACT:**

1. On August 2, 2018, an Immigration **LEGALIZATION OF STATUS THROUGH FAMILY** was applied for at the Federal Office of the National Immigration Institute in Mexico City by foreign national **MOKTAR HOSSAIN**, a **BANGLADESHI** national, which was assigned Unique Application Number **0000003929270** and which, based on duty rotation, was handled by Deputy Processing Office "A."

2. The applicant attached to his application bearing item number **0000005353719** dated **July 25, 2018**, the following documents:

   **a)** An uncertified copy of passport number BM0926203 issued on December 27, 2016 in the name of MOKTAR HOSSAIN, a BANGLADESHI national. This copy was compared to the original by personnel from the document acceptance area attached to the Federal Office of the National Immigration Institute in Mexico City. b) A statement of the existence of a matrimonial bond, signed by Moktar Hossain and Mildred Desiree Aguilera Villazul, and c) Original marriage certificate No. 267 issued by the civil registry office in Mexico City.

3. On **October 4, 2018**, through an official letter bearing file number **000000623296**, conditions were stipulated, and the following request made:

- **"...Based on Article 52 of the Guidelines for Immigration Applications and Proceedings: you must Appear in person, not through a legal representative, accompanied by two witnesses, for purposes of participating in an Immigration administrative proceeding, next <u>Monday</u> immediately following the date of notification of this official letter, at the Deputy Office for Immigration Control and Verification of this Federal Office, located at Ejercito Nacional No. 862, Polanco Subdivision, Second Section, Postal Code 11540, between the hours of <u>9:00 a.m. and 1:00 p.m.</u>, and in addition bring the following documentation...**

[Seal]

OFFICE OF THE SECRETARY
OF GOVERNMENT
NATIONAL IMMIGRATION INSTITUTE
[Initials]

**OFFICE OF THE SECRETARY OF GOVERNMENT**
**NATIONAL IMMIGRATION INSTITUTE**
**FEDERAL OFFICE FOR MEXICO CITY**
**PROCESSING OFFICE "A"**
**DEPUTY PROCESSING OFFICE "A"**
**PROCESSING HEADQUARTERS "A"**

**SUBJECT: DENIAL OF APPLICATION BASED ON STATEMENTS**

**UNIQUE APPLICATION NUMBER: 0000003929270**

**FILE: 0000003774509**

**Mexico City, November 27, 2018**

**The date set will be postponed by another week only in the event that a minimum period of five business days has not passed between the date of notification of the aforementioned official letter and the date set for the appearance..." (Sic)**

4. On October 8, 2018, the foreign national subject of this proceeding appeared voluntarily before the Deputy Office of Immigration Control and Verification attached to the Federal Office of the National Immigration Institute in Mexico City to make statements under oath to tell the truth, which were recorded under proceeding record number **INM/CDMX/SFCDMX/SFCDMX/SCVM/4432/2018**, signed in the act by his own hand.

These documents were admitted and processed in accordance with their own and special classification pursuant to the stipulations of Articles 129 and 133 of the Federal Code of Civil Procedures, applied as a supplement pursuant to the stipulations of Articles 2 of the Federal Law of Administrative Procedures and 77 of the Immigration Law.

The foregoing being established, this immigration authority declares it legally admissible to begin an in-depth analysis of the issue; and

**WHEREAS**

I. This immigration authority is competent to decide on this immigration application based on Articles 11, 14, and 16 of the Political Constitution of the United Mexican States; 2, 14, 17, 17 *Bis*, and 26 of the Federal Public Administration Establishment Law; 1, 2, 3, and 12 of the Federal Law of Administrative Procedures; 1, 2, 18 Sections II, III, and IV, 19 and 20 of the Immigration Law; 1 and 2 of its Regulations; 2 paragraph C, Section III, 69, 70, 77 Section II, and last paragraph, 78 and 92 Sections I, III, and IV of the Internal Regulations of the Office of the Secretary of Government published in the Official Gazette of the Federation on April 2, 2013; 5, 6, 11, and **18 Section II** of the Agreement granting powers to public servants attached to the Federal Office of the National Immigration Institute to authorize immigration proceedings and to exercise various powers stipulated in the Immigration Law and Regulations, published in the Official Gazette of the Federation on November 13, 2012; as well as Articles 1, 9, and 52 of the Guidelines for Proceedings and Procedures published in the Official Gazette of the Federation on November 8, 2012.

**TWO.**- In addition, based on Article 79 of the Immigration Law, this authority availed itself of the means of evidence that it considered necessary to best proceed.

**THREE.**- Article 43 of the Immigration Law, Section III, establishes:

Notwithstanding the stipulations of Article 42 of this regulation, immigration authorities may **deny** the issuance of a visa, legal admittance into the national territory, or permanence therein to foreign nationals that fall under any of the following conditions:

I. ...;

[Seal]

OFFICE OF THE SECRETARY
OF GOVERNMENT
NATIONAL IMMIGRATION INSTITUTE
[Initials]

**OFFICE OF THE SECRETARY OF GOVERNMENT**
**NATIONAL IMMIGRATION INSTITUTE**
**FEDERAL OFFICE FOR MEXICO CITY**
**PROCESSING OFFICE "A"**
**DEPUTY PROCESSING OFFICE "A"**
**PROCESSING HEADQUARTERS "A"**

**SUBJECT: DENIAL OF APPLICATION BASED ON STATEMENTS**

**UNIQUE APPLICATION NUMBER: 0000003929270**

**FILE: 0000003774509**

**Mexico City, November 27, 2018**

II. When they do not meet the requirements established in this Law, its Regulations and other applicable legal stipulations;

***III. When there is doubt about the authenticity of the documents or the truthfulness of the items submitted...***

***Immigration authorities, within the scope of their powers, shall have the necessary means to verify the above conditions and, to that end, may request from the foreign national any information or data required...***

**FOUR.-** Based on the statements made by **MOKTAR HOSSAIN**, a **BANGLADESHI** national, which, as indicated in number four of the findings of fact, were set down in appearance record number **INM/CDMX/SFCDMX/SCVM/4432/2018**, where he swore to tell the truth during the proceedings after having been advised of the penalties incurred in by those who make false statements, informing him of the contents of Article 247 Section I of the Federal Penal Code, he stated, verbatim, as follows:

> "...I appear before this Deputy Federal Office in Mexico City because of my application for **LEGALIZATION OF IMMIGRATION STATUS THROUGH FAMILY** and come to state the following: "The last time I entered Mexico more or less three years ago, I entered the country through the Southern Border at Tapachula Chiapas. I was alone, no one was waiting for me upon my arrival, I was coming to Mexico to work; however, before doing so, I went through Immigration, where I spent fifteen days obtaining a document. I told them that I did not want to be in my country, my idea was to go to the United States, but I liked being in Mexico. At Immigration, they asked me what document I wanted, they gave me an official letter to remain in the country for 15 days. I later came to Mexico City and I applied for my visitor's card here, which I abandoned when I began the Legalization process. When I arrived in Mexico City, I lived at a different address, which I don't remember, I moved addresses fifteen days ago and I don't know my new address either. **I began to work as a TRADER, I buy clothes in the center and I send them by bus to my contacts in Monterrey, Hermosillo and other cities. I earn $4,000 a week; however, I conduct this activity without a work permit from this Institution. I also state that I am currently applying for Legalization through Family because I married MILDRE DECIDER AGUILAR, she only has one surname, who is a Mexican national. We married at a court in Pedregal, we were accompanied that day by Miriam Aquino, a Mexican national. My wife has a family consisting of her mother and her sister DECIDER AGUILAR HERNANDEZ, it is appropriate to mention that they have different fathers. I met my wife when I was working at a Sushi Restaurant where I worked as a helper and she worked in the kitchen. We dated for six months. She used to live in Tlalpan and Periferico with her family and right now she lives with me in El Pedregal. We live in a rented apartment where we pay $3,800 in rent.** My wife currently does not work because I do not want her to, I earn more or less $10,000 per month, depending on how many clothes I sell. I must not fail to mention that I made a status change before but I don't know what happened with that application. I waited for a long time but it did not come through. This is the reason why I applied for the legalization by being married to my Mexican wife who is 28 years old. Because of everything I stated is why I am applying for **legalization of my immigration status before this authority so that I can remain in Mexico legally**. I declare that I have no family links to foreign nationals living in the country, and I do have family links to Mexican nationals living in the country, namely my wife. I declare that I have not been the victim of any serious crime and I have not been the subject of any legal or administrative proceeding that prevents me from leaving the country. This is all I wish to declare, I ratify it in each every one of its parts and sign it within scope as verification..." (sic)

[Seal]

OFFICE OF THE SECRETARY
OF GOVERNMENT
NATIONAL IMMIGRATION INSTITUTE
[Initials]

**OFFICE OF THE SECRETARY OF GOVERNMENT**
**NATIONAL IMMIGRATION INSTITUTE**
**FEDERAL OFFICE FOR MEXICO CITY**
**PROCESSING OFFICE "A"**
**DEPUTY PROCESSING OFFICE "A"**
**PROCESSING HEADQUARTERS "A"**

**SUBJECT: DENIAL OF APPLICATION BASED ON STATEMENTS**

**UNIQUE APPLICATION NUMBER: 0000003929270**

**FILE: 0000003774509**

**Mexico City, November 27, 2018**

Based on the above quote, there are inconsistencies in his statements that provide this authority with reasonable doubt as to their material veracity because of the following issues: **While during his appearance INM/CDMX/SFCDMX/SCVM/4432/2018 on October 8, 2018 he stated that: "...When I arrived in Mexico City, I lived at a different address which I don't remember, I moved addresses fifteen days ago and I don't know my new address either..."** (emphasis added), this address stands in contrast to the one he gave in the general information for the aforementioned appearance, which he described as located at: **"...CALLE 35, PEDREGAL SAN NICOLAS SUBDIVISION, TLALPAN BOROUGH, POSTAL CODE 17270, MEXICO CITY..."** (sic), as well as the one indicated in the residence immigration proceeding application bearing item number **5353719** dated **July 25, 2018**, which reads located at: **"...Calle Cantunil LT 7 MX 94, Pedregal de San Nicolas Totolapan Subdivision, Tlalpan Borough, Mexico City..." (sic). The foregoing notwithstanding, he also states that he is currently applying for a Legalization of Status through Family because he married MILDRE DECIDER AGUILAR, who only has one surname, which is contradicted by the certified copy of the Marriage [Certificate] bearing file number 27530064 issued on January 8, 2018 by the Hon. Central Judge from the Civil Registry of the Federal District A, today Mexico City, which lists the name of the female contracting party as MILDRED DESIREE AGUILERA VILLAZUL.** Therefore, because the statements made by the applicant in the aforementioned appearance **INM/CDMX/SFCDMX/SCVM/4432/2018 from October 8, 2018, as well as in the previously described documents,** do not match, this authority considers it appropriate to deny the application based on Article 126 of the Immigration Law, which reads, literally: **"Article 126. Requests for immigration proceedings must contain the data and requirements stipulated by Law, Regulations and other general administrative stipulations."** and in Sections II and III of Article 43 of that same law, which establish literally: **"Article 43. ...Immigration authorities may deny the issuance of a visa... to those foreign nationals that fall under any of the following conditions: ... II. When they do not meet the requirements established in this Law, its Regulations and other applicable legal stipulations; III. When there is doubt about the authenticity of the documents or the truthfulness of the items submitted..."** (Sic).

Consequently, because of the aforementioned legal reasonings and foundations, this immigration authority considers it appropriate to <u>**deny**</u> authorization for the application submitted, the case being that the information provided is questionable and, additionally, that the information is clearly wrong, thus not meeting the established legal requirements. Therefore, based on the legal instruments quoted, **THIS APPLICATION IS DENIED**.

For which reason, this immigration authority:

**RESOLVES:**

**One.-** To **DENY** the immigration application for **LEGALIZATION THROUGH FAMILY** made by foreign national **MOKTAR HOSSAIN**, a **BANGLADESHI** national, which was assigned Unique Application Number **0000003929270**, based on the reasoning contained in the whereas clauses of this decision.

**Two.-** Based on the stipulations of Articles 77 of the Immigration Law and 3, Sections XIV and XV of the Federal Law of Administrative Procedures, the applicant is hereby notified that the file may be examined at the offices of this authority located at Av. Ejercito Nacional No. 862, First Floor, Polanco Subdivision, Second Section, Miguel Hidalgo Borough, Postal Code 11540, Mexico City, and also that this decision is subject to the review process referred to in Article 83 of the Federal law of

[Seal]

OFFICE OF THE SECRETARY
OF GOVERNMENT
NATIONAL IMMIGRATION INSTITUTE
[Initials]

**OFFICE OF THE SECRETARY OF GOVERNMENT**
**NATIONAL IMMIGRATION INSTITUTE**
**FEDERAL OFFICE FOR MEXICO CITY**
**PROCESSING OFFICE "A"**
**DEPUTY PROCESSING OFFICE "A"**
**PROCESSING HEADQUARTERS "A"**

**SUBJECT: DENIAL OF APPLICATION BASED ON STATEMENTS**

**UNIQUE APPLICATION NUMBER: 0000003929270**

**FILE: 0000003774509**

**Mexico City, November 27, 2018**

Administrative Procedures, which may be filed within a period of fifteen working days counted from the day after the day of notification of this decision, whichever is earlier, in accordance with Article 85 of the aforementioned Law.

**THREE.-** Personally notify the applicant of this decision by means of persons authorized to that end, or via e-mail as authorized in the application.

**FOUR.-** File this at the earliest opportunity, as a totally and definitively settled issue due to lack of merit.

So ordered and signed:

SINCERELY

[Partial stamp]
Office of the Secretary of Government

[Signature]

MINISTER JONATHAN CRUZ QUINTANA
DEPUTY PROCESSING DIRECTOR

DAGH/AJSO

JTG, inc.
8245 Boone Boulevard
Suite 700
Vienna, Virginia
22182

1.703.548.7570 voice
1.877.746.8906 toll free
1.703.548.8223 fax

jtg-inc.com

# CERTIFICATE OF TRANSLATION

I,_Elena Delpin-Lund , certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. Archival seals, stamps, and certifications have been translated here.

English Title: Eng_Moktar Hossain's status in MX

Spanish Title: Moktar Hossain's status in MX

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this 28th day of March, 2019

Signature