*Homeland Security Investigations*
*Office of the Deputy Special Agent in Charge*

**U.S. Department of Homeland Security**
109 Shiloh Drive Suite 200
Laredo, Texas 78045

U.S. Immigration and Customs Enforcement

November 27, 2018

MEMORANDUM FOR: Alejandro M. Amaro
Assistant Special Agent in Charge

THROUGH: Rolando D. Garza
(acting) Group Supervisor

Rolando.D.Garza Digitally signed by Rolando.D.Garza Date: 2018.11.27 15:19:14 -06'00'

FROM: Ryan M. DiAndrea
Special Agent

Digitally signed by RYAN M DIANDREA Date: 2018.11.27 13:32:40 -06'00'

SUBJECT: Initial Request for Significant Public Benefit Parole and Employment Authorization for Moktar HOSSAIN (DOB: [redacted])

Pursuant to 212 (d) (5) (A) of the Immigration and Nationality Act, HSI Harlingen is respectfully requesting approval for a Significant Public Benefit Parole (SPBP) for Moktar HOSSAIN.

<u>Purpose</u>

This request is for an SPBP for Moktar HOSSAIN ([redacted]), a citizen and national of Bangladesh. Moktar HOSSAIN is presently in Mexico. This request is in support of an ongoing investigation. The issuance of an SPBP for this alien is crucial for the overall success of the investigation.

<u>Background</u>

Parole is requested for the official and exclusive purpose of HSI Harlingen and is not to accommodate any other person, place of business, or agency. The alien will not be permitted to become a public charge.

Criminal history checks revealed no criminal history for Moktar HOSSAIN. At this time HSI Laredo believes that Moktar HOSSAIN poses no present risk to public safety or threat to national security and/or the United States government.

On November 20, 2018, Moktar HOSSAIN was indicted on sixteen (16) counts for violations of 8 U.S.C. §1324 and a subsequent arrest warrant was issued for him. HSI Monterrey, Mexico is coordinating with the Government of Mexico to secure the deportation of Moktar HOSSAIN

from Mexico to Bangladesh, through the U.S. Upon Moktar HOSSAIN's arrival in Houston, Texas, he will be arrested and turned over to HSI to face charges levied against him.

Discussion

Moktar HOSSAIN will be incarcerated in Laredo, Texas. This request is for an initial SPBP period of one (1) year and no additional services are requested. On November 23, 2018, DOJ Trial Attorney, James Hepburn was notified of the parole and concurred with this request.

Control Agent: Ryan DiAndrea
Control Agent's phone and fax number: [redacted]ell) [redacted](fax)

Recommendation

Recommend one-year SPBP parole period with no additional services.

ALEJANDRO M AMARO Digitally signed by ALEJANDRO M AMARO Date: 2018.11.27 15:23:31 -06'00'

| | |
|---|---|
| APPROVED Date | DISAPPROVED Date |
| Alejandro M. Amaro | Alejandro M. Amaro |
| Assistance Special Agent in Charge | Special Agent in Charge |

# Notice of Request for Significant Public Benefit Parole

TO: LEPS

FROM: HSI Laredo

RE: Request for Significant Public Benefit Parole

The Law Enforcement Parole Section, ICE/HSI, has received the attached request for Significant Public Benefit Parole as defined by Section 212(d)(5) of the Immigration and Nationality Act for the following individual:

HOSSAIN, Moktar **D/COB:** [redacted], Bangladesh **A#:** [redacted]

**Note:**

Your review is required and you must return this form indicating your concurrence or objection by the following date: November 28, 2018.

Please indicate the Law Enforcement Data Base reviewed: **CIS, TECS, ENFORCE, Eagle, EARM, NN16, SO11, JTTF/Highside**.

The description of all hits are attached: **See attached**.

If you have an objection, you must also put it in writing and fax a copy of your objection to the ICE/HSI LEPS Unit Chief and to the Executive Office for National Security (EONS) by:

_X_ I have no objections to the parole request, based on the review of our database systems and other information known to me.

____ I have submitted my objections to HQ-ICE and EONS.

ALEJANDRO M AMARO Digitally signed by ALEJANDRO M AMARO Date: 2018.11.27 16:52:07 -06'00'

Signature
Alejandro M. Amaro
Assistant Special Agent in Charge

11/27/2018
Date

DEA
USMS
FBI
ICE
DOJ (EONS – Information)

*Homeland Security Investigations*
*International Operations*

**U.S. Department of Homeland Security**
**500 12th Street, S.W.**
**Washington, D.C. 20536-5112**

U.S. Immigration
and Customs
Enforcement

**MEMORANDUM FOR:** Shane M. Folden
Special Agent in Charge
SAN ANTONIO

**FROM:** Brenda Nevang
Unit Chief, PLEPU

**DATE:** 11/28/2018

**SUBJECT:** Significant Public Benefit Parole (Arrival) (Case #:[redacted])

Please be advised that Significant Public Benefit Parole for **two (2) days** has been authorized for the following individual(s) and is valid until **November 29, 2018.** Subject's entry is limited to the **HOUSTON PORT OF ENTRY.**

| Name | A-Number | FCO | DOB | POB | POE |
|---|---|---|---|---|---|
| HOSSAIN, Moktar | [redacted] | SNA | [redacted] | Bangladesh | HOU |

**Subject will be arrested upon arrival.**

****************************** **SILENT PAROLE AUTHORIZED** ******************************

The FCO Contact is: Cathy Q. MacEachern [redacted]

The Control Officer is: Ryan DiAndrea (ICE)[redacted]

Reset Form

# DEPARTMENT OF HOMELAND SECURITY

## SIGNIFICANT PUBLIC BENEFIT PAROLE APPLICATION FORM

■ **ICE** ☐ **CBP** **IAO TRACKING NUMBER:** ________ *(Issued by ICE HSI LEPS)*

☐ **FBI** ☐ **DEA** ☐ **OTHER FEDERAL** ________

☐ **STATE/LOCAL AGENCY** ________ ■ **EXPEDITE (Complete Part I)**

**Requesting Office** *(city, state)* Laredo, TX

**DHS Field Parole Coordinator** *(print name)* Prisma K. Lopez

**Phone:** [redacted] **Email:** [redacted]

**THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AN IMMIGRATION BENEFIT COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $ 10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).**

**Part A: Application Information**

*Must match government issued documents.*

**1. Name**

HOSSAIN *(Last)* Moktar *(First)* ________ *(Middle)*

**2. Alien Number** *(A#)*: A[redacted]

**3. Date of Birth** *(mm/dd/yy)*: [redacted]

**4. Gender** *(check one)*: ■ Male ☐ Female

**5. Alias(es)**: Muktar HUSSAIN; MUSA; Musa BHAI; Babu BHAI; ASHRAF; ASHRAB; Ricky; Carlos

**6. Country of Birth**: Bangladesh

**7. Country of Residence**: Mexico

**8. Passport/BCC Number**: [redacted]

**9. Country of Issuance**: Bangladesh

**10. Expiration Date** *(mm/dd/yy)*: 12 / 26 / 2021

**Part B: Reason for Parole**

*Please check the appropriate boxes.*

1. ☐ **Cooperation Source** ☐ **Witness** ■ **Defendant** ☐ **Other:** ________

   ☐ **Dependent** *(relationship to primary Applicant) (Must be immediate family member)*: ________
   *(If parolee is a dependent then a threat assessment and proof of relationship must be included with this request.)*

2. ☐ **Yes** ■ **No** **Is this request submitted for the protection of the alien?** *(if yes, attach threat assessment)*

3. ■ **Yes** ☐ **Not applicable** **The U.S. Attorney's Office has concurrence with the parole request.**
   *(Print Name):* James Hepburn *Telephone:* (202) 550 - 7572

**4. Action Requested:**

- ■ **New SPBP** *(All individuals outside the US require new SPBPs)*
- ☐ **Re-Parole**
- ☐ **Parole in Place** *(currently in the US & only if the individual not previously inspected)*
- ☐ **Advance Parole**
- ■ **Silent Parole** *(Requestor must include justification)*
- ☐ **Deferred Action** *(Processed ONLY at Field Offices)*

**5. Additional Services Requested:**

- ☐ **Multiple Entry Authorization** *(Justification must be included in Part H)*
- ☐ **Employment Authorization**

**Part C: Travel Information**

*All information must be completed.*

**1. Expected date of travel to the U.S.** *(allow 30 days for processing) (mm/dd/yy)*: 11 / 28 / 18

**2. Consulate or issuing Post** *(Abroad)*: Mexico City, Mexico

**3. Port of Entry** *(where subject will enter US: City, State)*: Houston, TX

**4. Expected departure date** *(mm/dd/yy)* : ____/____/____

*Initial approval normally will not exceed 90 days. Any changes in the parolee status are to be reported to the LEPS in accordance with the mandatory tracking requirements.*

**Part D: Applicant's address in the U.S.**

*City, State must be provided at a minimum.*

**1. Street** ______________________ **Apt** ________

**City, State, Zip:** Laredo, TX

**2. Work Telephone:** (____) ____-_____ **Home Telephone:** (____) ____-_____

**3. Monitoring Agent/Officer (Print Name):** ______________________ **Title:** ____________

**Phone:** (____) ____-_____ **Fax:** (____) ____-_____ **Email:** ____________

**Part E: Immigration Status**

*Complete all information below.*

**1. Is the applicant currently in the United States?** ☐ Yes ■ No

**2. Applicant's Current Immigration Status:** None

**3. Has applicant ever been removed from the United States?** ☐ Yes ■ No

**If yes, where and when** *(City, State)*: ______________________

**4. Is applicant presently under removal proceedings?** ☐ Yes ■ No

**If yes, where** *(City, State)*: ______________________

**Part F: Criminal History and Record Checks**

*Must be no more than 30 days old when submitted to HSI HQ.*

**1. Is the applicant a suspected terrorist or have any suspected ties to terrorism?** ☐ Yes ■ No

**2. Does the applicant have a criminal record or criminal convictions?** No

*(If yes, select criminal type)*: ☐ **Aggravated Felony** ■ **Felony** ☐ **Misdemeanor**

**FBI #:** ____________ **State Identification Number (SID):** ____________

**FIN# (IDENT):** ____________________

**3. Fingerprints and photographs:**
*(Select type):* ☐ **10-print** ☐ **Photograph** ☐**EAGLE/IDENT** *(2-print and photograph)*

*Fingerprints and photographs must be maintained in the local file. Do not send to HSI HQ.*

[redacted]

**Part G: High Profile Cases or Exigent Circumstances**

1. **Is the applicant wanted for violations by another foreign government?** ☐ Yes ■ No
2. **Is the applicant a known or suspected Human Rights violator?** ☐ Yes ■ No
3. **Is the applicant a High-profile current or former foreign government official?** ☐ Yes ■ No
   *(e.g. President, Vice-President, cabinet official, etc.)*

**Part H: Specific Information Pertaining to Applicant**

*Explain the significant public benefit to be gained by granting the parole and the potential threat to public safety posed by the parolee. (Attach additional sheet(s) if necessary.*

1. **Synopsis and significance of applicant to this case. For re-paroles, provide updated information summarizing the parolee's cooperation over the past year, and anticipated assistance over the next year, if approved:**

The subject, Moktar HOSSAIN is the target of an Extraterritorial Criminal Travel priority case. On November 20, 2018, HOSSAIN was indicted for violations of 8 USC §1324 and a subsequent, sealed arrest warrant was issued. HSI Laredo is coordinating with HSI Monterrey to secure the deportation of HOSSAIN, from Mexico to Bangladesh, through Houston, Texas. HSI Laredo plans to arrest HOSSAIN upon his arrival in Houston, Texas on or about November 28, 2018.

2. **Applicant's criminal history** *(list all arrests and dispositions)*:

No reported arrests.

3. **Risk of applicant to public safety and/or national security** *(list and explain proposed security precautions if necessary)*:

The subject, HOSSAIN, has been reported to have beaten and threatened violence towards Bengali migrants. HOSSAIN is a national of Bangladesh, a Special Interest Alien (SIA) country.

4. **Financial responsibility for subject: How will the applicant be financially supported while in the United States? If the applicant will be self-supported, where will the applicant be employed and in what capacity (profession) to ensure the applicant does not become a public charge.**

Subject will be imprisoned in the U.S. pending the outcome of the charges against him.

5. **Acquaintances/relatives in the United States** *(list name(s), relationship and current addresses)***:**

None Known.

6. **Multiple Entries Justification:**

N/A

7. **Silent Parole Justification:**

Moktar HOSSAIN currently has a sealed bench warrant for arrest issued for him from the Southern District of Texas. Due to the nature of his deportation and planned arrest, this must be a silent parole.

**Part I: Expedited Processing (less than 5 business days)**

*If processing is necessary within 72 hours, request an emergency parole through CBP:*

**Is expedited processing necessary?** ■ **Yes** ☐ **No**

**If yes, provide justification.**

Subject is planned to be deported on or about November 28, 2018 from Mexico City, Mexico. HSI has been informed, without a parole in place at the time of his deportation, he will not be permitted to board in Mexico City, Mexico.

**Part J: Requesting Agency Certification (To be completed by all requesting agencies)**

*The requestors recognize the seriousness of the potential threat posed by allowing criminal aliens and other aliens who would otherwise be inadmissible to enter the United States as Parolees. Pursuant to the Significant Public Benefit Parole (SPBP) Protocol/Directives, the requestors assume full responsibility for the oversight of the sponsored alien(s). The requestors further acknowledge that DHS assumes no responsibility for the oversight of the parolee(s). The requesters certify that the information provided in support of this request is true, correct, and complete. This request is being submitted for official law enforcement purposes only, and no promises have been made to the alien that he or she will or may remain in the United States beyond the authorized period.*

**Requesting Agent/Officer/POC** *(Print Name)*: Ryan DiAndrea **Title:** Special Agent

**Phone:** [redacted] **Fax:** [redacted] **Email:** [redacted]

**Signature:** Digitally signed by RYAN M DIANDREA Date: 2018.11.26 17:12:36 -06'00' **Date** *(mm/dd/yy)*: 11 /26 /2018

*As the supervisor, I assume the direct responsibility to monitor the actions of the parolee; report the parolee's entry and any subsequent changes in his/her parole status (i.e., departure, extension, or change in status); require the individual to report to a controlling agent or officer regularly; and report any violations of Federal, State, or Local laws or violations of the terms of the Parole to HSI/LEPS.*

**Supervisor Review (Print Name):** Rolando Garza **Title:** Acting Group Supervisor

**Phone:** [redacted] **Fax:** [redacted] **Email:** [redacted]

**Signature:** Rolando.D.Garza Digitally signed by Rolando.D.Garza Date: 2018.11.26 17:17:05 -06'00' **Date** *(mm/dd/yy)*: 11 /26 /2018

**Approving Official (Print Name):** Alejandro M. Amaro **Title:** Assistant Special Agent In Charge

**Phone:** [redacted] **Fax:** [redacted] **Email:** [redacted]

**Signature:** ALEJANDRO M AMARO Digitally signed by ALEJANDRO M AMARO Date: 2018.11.27 10:56:37 -06'00' **Date** *(mm/dd/yy)*: 11 /27 /2018

**Part K: Non-DHS Agencies (To be completed by HQ Certifying Official)**

**HQ LEA Certifying Official** *(Print Name)*: ____________ **Title:** ____________

**Phone:** (___) ___-___ **Fax:** (___) ___-___ **Email:** ____________

**Signature*:** ____________ **Date** *(mm/dd/yy)*: ___/___/___

**Part L: HSI LEPS (To be filled out by HSI HQ LEPS)**

*LEPS approval/concurrence only constitutes certification that the information provided by the requestors complies with the minimum requirements for an SPBP.*

**For DHS Agencies:**

☐ Concur ☐ Do Not Concur

**For all other LEAS:**

**Parole authorized for** ☐ 90 days ☐ 1 year ☐ other: ____________________

**Multiple Entries Authorized:** ☐ Yes ☐ No

**EAD Concurrence:** ☐ Yes ☐ No

**LEPS Headquarters Reviewing Official**

**Print name:** ____________________________

**Signature:** ________________________________ Date *(mm/dd/yy)*: ____/____/____

**Title:** ________________________________