Attachment C

(Disccs of Interview)

# Attachment C

(Interview of Moktar Hossain)

(Disc 1)



Attachment C

(Interview of Moktar Hossain)

(Disc 2)

