# Attachment D

(Consent Forms for Phones)

White ~~2323~~ + Blk Samsung PW

Blue PW

7391

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## CONSENT TO SEARCH

I, Moktar HOSSAIN, have been informed by U.S. Immigration and Customs Enforcement (ICE) Special Agent Ryan DiAndrea + Mohammed Rahman of my right to refuse to consent to a search of my property, described as: (item, place, things to be searched, location, etc.)

1 Samsung Black Phone
1 Blue + Black Phone OPPO
1 White + Rose gold OPPO Phone

I have also been advised by ICE Special Agent Ryan DiAndrea + Mohammed Rahman that, if I voluntarily consent to a search of this property, anything discovered during this search may be used against me in any criminal, civil, or administrative proceedings.

I have decided to allow ICE Special Agents Ryan DiAndrea + Mohammed Rahman and any other needed agents to conduct a complete search of my Phones, located at HSI Custody.

These ICE Special Agents are authorized by me to take any letters, papers, materials, or other property which they may desire to examine.

I hereby voluntarily and intentionally consent to allow ICE to search my property. My consent is freely given and not the result of any promises, threats, coercion, or other intimidation. **I have read the above statement and understand my rights.**

Name (Please Print) MOKTAR HOSSAIN

Signature: X [signature]

Date/Time 11/29/2018 2336

Witnesses: [signature] SA Mohammed R.
[signature] SA Ryan DiAndrea

ICE Form 73-005 (01/08)