Attachment E

(Proposed Order)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 5:18-cr-00912** |
| | § | |
| **MOKTAR HOSSAIN;** | § | |
| **AKA MUKTAR HUSSAIN;** | § | |
| **AKA MUSA;** | § | |
| **AKA MUSA BHAI;** | § | |
| **AKA BABU BHAI;** | § | |
| **AKA ASHRAF;** | § | |
| **AKA ASHRAB;** | § | |
| **AKA RICKY;** | § | |
| **AKA CARLOS** | § | |

**[PROPOSED] ORDER**

Before the Court is the Defendant's Motion to Suppress Statements and Evidence, ECF No. 40. Upon consideration of the motion, and for good cause, it is hereby ordered that the motion is DENIED.

SO ORDERED.

DATED: ____________________

________________________________
HON. DIANA SALDAÑA
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS