**Moktar Hossain Interview (CD 1)**

Today is November 29th 2018, time 21.01, special agent Ryan DiAndrea, along with special agent Mohammed Rahman, at HSI Houston Airport office, conducting interview of a Bangladeshi national Moktar Hossain.

**Ryan DiAndrea** - RD

**Mohammed Rahman** - MR

**Moktar Hossain** – MH

English conversation is in red.

MR: As-salamualaikum

MH: Walaikumussalam

MR: He serves as an agent in America. Alright? My name is Mohammed. What's your formal name?

MH: I didn't understand.

MR: What is your official or real name?

MH: My name?

MR: Yes.

MH: Moktar Hossain.

MR: Okay, do you have a nickname?

MH: I would like to drink some water.

MR: Do you want some water? Okay, have some water here. So, what name do you go by?

MH: Moktar.

MR: So, it is Moktar? How old are you?

MH: It is around 31.

EXHIBIT
2

MR: Okay, you are 31 years old. I work with him. So, what's up? How do you feel here?

MH: I feel bad. I still don't understand what is going on.

MR: Yes, it has been a long day today. It is going a bit rough, right? It is normal. When you went to sleep last night you probably didn't think it was going to be something like this, this morning. You probably had a plan for today, right? May be you thought you would roam around or do something. You probably didn't think that this would happen today, right?

MH: Yes, of course.

MR: Do you offer prayers (*namaj*)?

MH: Yes, I do.

MR: All five times a day?

MH: Yes, around 7 in morning …

MR: Alright, alright, did you sleep well last night?

MH: I didn't sleep. My mother went to perform *omrah* (informal pilgrimage to Mecca and Medina in Saudi Arabia). I was speaking with my mother.

MR: Okay, alright, alright. Let me lift this. Then it won't hit your head.

MH: No problem.

MR: Okay, you can drink as much water as you want. No problem. What will happen happens, right? Many times many things happen. Many people do many things. That's alright. I am a human being, you are a human being, he is a human being too, right? We come from many different places. Many people can commit mistakes. What can I say? Nobody is looking at you as a bad person. Isn't that right? You have come here to talk. He wants to figure out what you have to say, alright? Many people do many things, right? You said that you are not following what is going on, right? What do you think might happen? You are 31 years old, right? You must be thinking something about what might happen. What is your opinion?

MH: Brother, I still don't understand anything. Why I am here? When I was taken to the immigration office/room, they checked my papers. After that they said that my papers weren't proper. Then they asked me what I was doing there. I told them that I sell clothing. They asked me where I sold clothing. I told them that I sold brand-name clothing in every city.

MR to RD: He just says he thinks …

RD: Okay, let's not even get into this … well, I don't want to say anything very important … It's not what he thinks … tell him what he is under arrest for …

MR: Okay, sure.

RD: Do you want me to say that he is under arrest and you will translate?

MR: Sure.

RD to MH: You are here today because a warrant is issued for your arrest for human smuggling, bringing people to the United States illegally.

MR: Did you understand?

MH: I didn't understand.

MR: Okay, your English is not that good. He said that a case has been filed against you. The main point is that you have been arrested because you smuggled many people into this country illegally. The US government filed a case against you. The Mexican government helped the US government to bring you to the US, alright? Do you have any questions?

MH: I didn't do it.

MR: That's what he said. We can talk about it a bit later.

MR to RD: Do you want to say anything else, sir?

RD: Yeah, as long as he is aware that he is under arrest … he is under arrest for human smuggling … do you want to talk about that?

MR: Yeah, we can talk about that …

MR: You have been arrested, you understand that, right? You are in America now, you know that, right?

MH: Is this Mexico?

MR: No, this is America. I told you, right? America has filed a case against you. That's why you have been brought to the USA. Alright?

MH: I didn't do anything like this … things that you talk about.

MR: Excuse me. I can tell you everything a bit later. You will have a chance to talk then.

MR to RD: He is going into … you know … that he didn't do it … something he didn't know about. I told him that we'd get to that in one second.

MR: One person took your fingerprint, right? I have a few questions. Where were you born?

MH: In Sylhet.

MR: When were you in Sylhet last time?

MH: 2010.

MR: 2010? Okay. Is your mother in Sylhet?

MH: Yes.

MR: What is your mother's name?

MH: Razia Begum.

MR: Can you spell the name?

MH: R-A-Z-I-A B-E-G-U-M

RD: Where does she live?

MR: What is your father's name?

MH: Shirajul Islam.

MR: Could you spell it?

MH: S-I-R-A-J-U-L I-S-L-A-M

MR: Okay, does he live in Sylhet too? Both of them are alive? Did you talk to your mother last night?

MR TO RD: He spoke with his mother when he was brought in.

MR: You spoke with your mother, right?

MH: Yes.

MR: Do you have a wife and children? Are they back home? Or, in Mexico?

MH: They are not back home.

MR: Are they in Mexico?

MH: In Mexico.

MR: What is your wife's name?

MH: Mildre. Mildre Deselia Aquila.

MR: Is your wife Mexican or Bangladeshi?

MH: Mexican.

MR: What is the spelling?

MH: M-I-L-D-R-E

MR: Last name?

MH: B-I-L-A-Q-L

MR: Do you have children?

MH: No, no children.

MR: When did you get married?

MH: Two years ago.

MR: Did you serve in the army back home?

MH: No.

MR: Okay, many things happen many times. Not all things are appropriate for all times. Sometimes some people do something. But who can say what is right and what is wrong, right? Each country has its own rules, right? But there is a difference. You know that, even though you never lived in the USA. You came to the USA for the first time, right?

MH: Yes.

MR: You had to come this time like this but nobody wants to come like this, right? But what I was saying is that everybody is doing his work, right? Nobody knew you here before, right? Nobody is forcing you here. We all understand that there are miseries in many countries. That is why many people can do many things. Everybody understands this. You understand that nobody is yelling at you here. This thing could happen differently in Bangladesh. They may have pushed you or locked you up anywhere. You can see that in this country it doesn't work that way. This may have happened in Mexico through police. But it is different in this country, right? We are talking here nicely. Nobody here knew each other before today, right?

MH: Yes.

MR: I have come to talk to you. Everybody here wants one thing that you would speak the truth. It will help you in many ways, alright? Many times many people emphasize this. He didn't come here wearing a suit. He came here wearing a regular outfit. He is respecting you, do you understand? He is not showing off that he is a high official. You understand that you are not being disrespected. You understand that.

MH: Yes.

MR: The main thing is that this is not Bangladesh. This is not Mexico. This is America.

MH: Yes.

MR: America is a different country and it has its own rules. You can say that this is a great country of the world. After a little while we will talk about all these matters. I am just trying to convey this, alright?

MH: Yes.

MR: Many things happen in America many times. When in situations like this American officers ask you questions they already know the answers but they give you an opportunity to speak. Again I am telling you that they are giving you an opportunity. It is actually an opportunity. Moktar, this country is now giving you an opportunity, alright? I want to know from you what you know. I am only telling you that we are giving you an opportunity. I am saying again that you were speaking with your mother over the phone and suddenly he went to your house. What time did he go there in Mexico?

MH: Around 8 in the morning.

MR: Didn't you sleep last night? What were you doing?

MH: Last night after talking with my mother I was speaking with somebody back home (Bangladesh). My mother isn't in Bangladesh. She went to perform Omrah in Mecca.

MR: Okay, you didn't sleep at night, right? But you thought what had happened suddenly? You thought you were going to Bangladesh, right? In any case, we are giving you an opportunity, okay? Now we are going to talk about this, alright?

MH: Okay.

MR: You can drink water as you wish. We are going to talk but there are many rules in this country. When you were in Mexico you must have heard about this country, right?

MH: Yes.

MR: This country is run by many rules. This is what it is. I am going to tell you something, understand? Before anything could happen, this is the rule in this country. We are going to talk about this, right? Do you know what you are going to say, do you understand? Do you understand what we are going to talk about? When I am going to read something for you, don't ask me questions, try to understand. Ask me questions only if you don't understand, right?

MH: Yes.

MR: Before I start reading, I want to say one thing that this is your opportunity, alright? This is your opportunity to speak the truth. Whatever has happened you must say that, alright? If you speak the truth that is one situation but if you don't that is another situation, alright?

MR to RD: We are just talking about … you know … that it is important to tell the truth.

RD: Which one do you think we should get to? Bengali? You are going through Bengali …

MR. Sure.

MR: You have the Bengali version with you. You can see that there are lines. I am beginning at the top, alright?

MH: Yes.

MR: I will read a line and want to know that you understand, alright? Before I ask you questions I will tell you that even though you are not a citizen of this country, everybody gets an opportunity in this country, alright?

MH: Yes.

MR: You are given an opportunity to ask questions, following the rule of this country, alright? Do you understand?

MH: Sorry?

MR: Before I ask you questions, see the number on the top. Can I see the paper? I will mark it for you. We'll go by numbers, alright?

MH: Okay.

MR: I begin with number one, is that alright? Before the questions, your rights are written in the paper. In the second line, this country gives you the right to remain silent, alright?

MH: Yes.

MR: The third line says, whatever you say might be used against you in the court. You know that. You are 31 years old. The fourth line mentions that this country gives you the right to get a lawyer before answering any questions. Alright?

MH: Yes.

MR: The fifth line, you can retain a lawyer before answering any questions, alright?

MH: Yes.

MR: The sixth line, if you can't pay for the lawyer, the country will provide you with one, alright?

MH: Sorry?

MR: That means that if you can't afford a lawyer the country will give you one, alright?

MH: Okay.

MR: The last line states that even after beginning to answer a question or two, if you don't want to continue you can stop answering questions. They will stop there, alright?

MH: Yes.

MR: Once you have read all of this, you should state you have read and understood what is written there. And your name is written at the bottom and there is space for you to sign, alright? Did you see your name in print?

MH: Yes.

MR: Write your name very clearly here and sign below your name and …

MR to RD: You want him to sign it?

RD: Yes … he said he wants to talk to us … he wants to talk to us?

MR: Well, I guess so.

RD: Ask him if he wants to talk to us.

MR: You understand everything, right? If you don't want to talk, you can stop talking, alright? Also, keep in mind that I told you before, this is your opportunity.

MH: Yes.

MR: After knowing the rules and regulations of this country, do you still want to talk to us? Do you agree to talk to us?

MH: Are you going to produce me in the court tomorrow?

MR to RD: He is asking if he is going to court tomorrow?

RD: Yes.

MR to MH: Yes.

RD to MH: This is your time to talk to us now. I won't be able to talk to you tomorrow. I am here to get your side of the story, to have you tell us your story and what happened and what you know. That's why we are here to talk to you.

MR: Did you understand? No problem. Alright, this is the time. He just said what I had told you already. This is your opportunity.

MH: It would be better if you explained it to me.

MR: Alright, no problem. This is your time. He said what I told you before. This is your opportunity, didn't I say that? This is your opportunity. This is the main thing, alright? This is your opportunity.

MH: Yes.

MR: Yes, you will go to the court tomorrow. I won't be there. This is your opportunity. You will be able to talk to you at the court the way you like. He is not going to be at the court. He is not going to talk to you at the court. At the court, everything will be done according to the court. You can help yourself. This is your opportunity. You may know the answers to the questions you are asked. This is the rule of this land. Maybe in Bangladesh or Mexico, the jail situation is very different. Back home, you may have to survive with one meal in the jail. It is not like this in this country. In this country, there are … how do I say it in English … formalities, there are formalities, right? I may stop you during conversation to ask questions. I would

like to ask you some questions. But it all depends on you. You have to answer the questions. It depends on whether you want to talk to us. But this is your opportunity. Alright?

MH: I am not involved in this thing …

MR. Sorry, I didn't understand. What?

MH: I am not involved in this allegation. I only sell clothes.

MR: This is alright. According to the rule of this country … there are good and bad or happy and sad people … nobody is saying anything to you unless you are saying it yourself. Nobody is saying you are good or bad. You are a person. The main thing is that you have been arrested. America has captured you. But nobody is telling you anything unless you want to tell us what you know. The main thing is if you agree to talk to us today, this moment, alright? If you agree, you can print your name and sign. Do you understand? This is your opportunity. Each country has its own rules. If you agree, this is your opportunity to tell us your side of the story. We can't begin this conversation unless you agree. These are the formalities of this country. Nobody will force you to talk. Alright? It's your wish. Do you agree to talk to us?

MH: I don't know what to talk about …

MR: What did you say?

MH: I don't know what to say …

MR: We have some questions. What you are trying to say repeatedly will come out during our questions.

MH: I can speak but I don't know what to say. I am not involved in this. Whoever provided this information must have given false information.

MR: Tell us again the last thing you said. Speaker louder.

MH: Whoever gave you my name has done that mistakenly. Wrong information was given to you. I was not involved in this. I can speak Spanish only 60% or 65%. I live in Mexico City.

MR: Alright, let's talk a little bit. Do you agree to talk?

MH: Yes.

MR to RD: Yes, he is ready to talk.

RD: Okay.

MR: He basically wants to go back to what we were talking about … the old things and I stopped him.

RD: Did he say he understands everything? He would print and sign his name here?

MR: Yeah, okay … write your name and sign here.

MR: Okay, don't worry, what happened has happened. The main point is I don't know this but you may know if there were any worse day in the 31 years of your life. But my point is that America has brought you here after arresting you. We will talk to you about this now. Alright, you can talk first. You have tried to say something a number of times before. Now you can talk about yourself. No problem.

MH: I wanted to say that….

MR: If you don't mind, I will stop you now and then and explain to him what you said, alright?

MH: Yes, that is good.

MR: Yes, this is good everybody.

MH: I wanted to say that I am not involved in the activities for which I am accused and arrested. My home is in Mexico City.

MR to RD: So, he understands and agrees that I should be telling you what he is saying and agreeing with … so I should be stopping from time to time. He is saying that he has nothing with anything and his actual home is in Mexico City.

RD to MH: What were you doing in Monterrey?

MR: What were you doing in Monterrey?

MH: My home is in Mexico City. I go to Monterrey every week. Sometimes I go after ten days or sometimes three days. This is the month of December. I need to go more often now. Because I sell clothing. In every big city, I deliver samples of brand-name clothing to big stores. I ask first and if they like it they place order for supply. I search and bring the clothing for them.

MR: No need to worry. When you are talking for a long time, I don't want to stop you. I am writing it down so that I can explain it to them.

MH: No problem.

MR: Keep speaking. Sometimes you….

MH: I need to go more frequently in November and December. Not only in Monterrey, but also Moklova, Bebuchid, Burgelboni (unclear names of cities in Mexico) … I need to go to other cities more.

MR: How many days do you stay there? Do you go every now and then?

MH: Sometimes I go to Monterrey every week. Sometimes I need to go after 12/14 days. I go to some cities twice a week. It seems today I am in Monterrey and I took an order and then left. Later I brought the supply of clothing. May be they needed some clothing. I took the order and delivered. Sometimes I need to stay there for a week. It was possible that I left today but would return the following day. Then I might have stayed for a week. It is like this, kind of sporadic.

MR to RD: He is in the business of clothing business. So, he travels frequently from Mexico City to Monterrey. Sometimes he goes for a few days, sometimes between weeks, sometimes a couple of times in the same week, especially in the months of November and December.

MR: Where were you when you were arrested this morning?

MH: I was in the hotel. I don't have a house there.

MR: Don't you have a house there? Do you stay in the same hotel? Or you stay in different hotels every time?

MH: I used to stay in one hostel. In that hotel some of my stuff was lost. Then I thought there was no security. I couldn't recover the lost item even after complaining about it at the reception.

MR: They stole your stuff?

MH: Yes, they stole my stuff. Then I changed the hotel.

MR to RD: Sometimes he stays in different hotels. He happens to be at the hotel today he was picked up from.

MR: What is the name of the hotel that you stayed in today?

MH: The name of the hotel I stayed in is Hotel Madero.

MR: Hotel Madero?

RD: Madero? What are the other hotels did you stay at?

MR: Which other hotels did you stay in?

MH: I used to stay in a hotel named Reforma. Hotel Reforma.

MR: Reforma? What is the spelling?

MH: R-E-F-O-R-M-A

MR to RD: Before that he stayed at Hotel Reforma.

RD: Okay.

MR: In which hotel was your stuff stolen?

MH: In that hotel, Reforma.

MR to RD: He stopped staying at Hotel Reforma because there was theft of his items at that hotel.

RD to MH: What is the spelling of the hotel that you stayed in today?

MR: What is the spelling of the hotel you were today … you said Madero?

MH: M-A-D-E-R-O

MR: So….

MH: I don't have any house there. I go there and receive orders and return the following day.

MR: Do your wife and children live in Mexico City?

MH: My wife lives in Mexico City. I don't have children.

MR: So, does your wife work?

MH: She used to work but not anymore.

MR: So, what do you think about why we are here? Moktar, keep it in mind that we don't have much age difference. I am a few years older than you are, understand? Anyways, we are both Bangladeshis. We may be from different cities and we may talk differently. At the end of the day, we are Bangladeshis. How long we stay in this country, whatever we do, wherever we are, we are Bangladeshis. And, we are Muslims. Alright?

MH: Yes.

MR: I am saying this again, I said it already, many people say that this is the best country in the world. We have been hearing from our childhood that this is the dream country, isn't it?

MH: Yes, may I have some water?

MR: Of course, of course. We don't have much food here. You can eat later. For the time being I can offer you water. Do you need more water?

MR to RD: We are discussing about what I said before. I asked him to speak the truth. Many of us come from the same place. We are discussing about how the USA is viewed from Bangladesh, especially, as a place to be.

MR: At what age did you leave Bangladesh?

MH: When I was about 23/24 years old.

MR: What other countries have you been to?

MH: I was in South Africa and Brazil. South Africa and then Brazil.

MR to RD: We are discussing the countries he visited after leaving Bangladesh at the age of 24. In South Africa and then to Brazil.

MR: Did you come to Mexico after Brazil or you went to other countries?

MH: I came to Mexico.

RD to MR: How old was he when he left Bangladesh?

MR: 24 years old.

RD to MR: Which country did he go to? How long did he stay in South Africa?

MR: How long did you stay in South Africa?

MH: I stayed for one or two years.

MR: Then Brazil?

MH: I stayed in Brazil for four years.

MR: I am listening. How many years in Mexico?

MH: Almost three years.

MR: Anyways, did you have a wish to come to this country? It is a dream country, isn't it? I don't know if you wanted to come to this country. The main thing is many people do many things for a variety of reasons. It is also true that back home it is very difficult to make a living, to eat, isn't it? We have seen since birth that naked kids are roaming around the city, no sandals, they are begging, they are crying for food. I don't know if you want to say something about this. I don't know if you came from such a

background, where you came from. You were born in that country. The main thing is … I don't know … how long ago were you in Bangladesh?

MH: I didn't return home since I left.

MR: Do you have siblings?

MH: Yes.

MR: Are you the eldest or youngest?

MH: I am the middle.

MR: Are you the eldest?

MH: I am number two.

MR: Who is older? Brother or sister?

MH: Brother.

MR: How old is he?

MH: He is about 38/40.

MR: Approximately?

MH: Yes.

MR to RD: I am just letting him know … you know … you grew up in Bangladesh, right? It's tough …right … there are kids walking around … same age, you know … running around, knocking on your door, asking, crying, begging for a grain of rice, literally for a grain of rice, so it's tough … and actually, you know … he seems little bit [indistinct] …so, he understands that …it's tough … he has two brothers …his older is 38 … you know … so, we are talking about … the whole going into basically … he was the lucky one to get out from the country … he is in Mexico.

MR: In all of this, I don't know if your brother is in good condition or bad. May be he thinks that you are lucky. He may think you are in Mexico. It is Mexico but many places in this country are like those of Bangladesh. We can say that, right? But many places back home are really advanced, isn't it? The main thing is that this is your opportunity, right? You can see the behavior of everybody here. Everybody is treating you well. I am here to talk to you. This country is giving you an opportunity to speak the truth right now, alright? Well, I understand that you are sticking to your point, you don't want to move from there. But, remember, this country knows a lot about you. I told you at least ten times that this is your opportunity. How can I convince you

more? Still I am telling you to help you that you should speak the truth. You will get the opportunity here.

MR to RD: I am gonna … You know … I am talking about the truthfulness of everything… I am going to offer him … if he wants to just keep talking or if he rather prefers us ask questions … you know … either way I think it works …

MR: What do you want? Do you want to speak more or we ask you questions?

MH: Ask questions.

MR: Alright.

MR to RD: We can ask questions.

RD to MH: Have you ever helped anyone to come to the United States?

MR: Did you help anybody to come to this country? Think about whether you have helped anybody to come here legally or illegally? That is what we are asking.

MH: Two years ago, I helped a friend of mine. Helping meant a Mexican man took him along … just one friend.

MR to RD: So, couple of years ago he did help somebody …

MR: I didn't understand the last thing you said.

MH: I helped a friend.

MR: Your friend?

MH: Yes, my friend.

MR: Is he Bangladeshi or Mexican?

MH: Bangladeshi.

MR: Bangladeshi … Bengali.

MR to RD: It's a Bengali friend.

MH: I bought ticket … Spanish name, right? I helped him buy bus tickets. He didn't know Spanish. I purchased a bus ticket. He went by bus.

MR to RD: His friend didn't speak Spanish. So, he bought the ticket for him … for the bus.

MR: Why did you purchase the bus ticket? Where did the bus leave from and where to?

MH: He said that he wanted to go the USA. He wasn't able to buy the bus ticket. He wanted to go to the border. He didn't know how much the fare was. That is why I purchased his ticket. He doesn't know Spanish.

MR: Where does the bus leave from?

MH: The bus leaves from Monterrey.

MR: Where did he go?

MH: He went to Laredo, on the Mexican side.

MR to RD: To the border Laredo

RD to MH: I am here from Laredo … so, we know a lot about what's going on, okay? You can either start telling us the truth or you can keep lying to us. We are not going to spend the whole night here.

MR: He comes from Laredo … You have heard him that he didn't want to spend the whole night here. Now tell us whether you want to tell the truth or not.

RD to MH: We know a lot about you. Musa, Ashraf, Babu. We know a lot about you. Now is the time to tell us the truth.

MR: He told you a few names. Did you understand?

MH: He said two or three names. I understood. I have a few names in my document. They are same names.

MR: This is what he said, alright? He called you Moktar. You are Moktar, speaking. He said these three names for a reason. You are 31 years old. We are giving you respect here, right? Whether or not you will speak the truth is an opportunity. I don't know how else I can explain it to you?

MH: But I didn't do this work.

MR: What didn't you do?

MH: That I trafficked people to the USA. I didn't do it. I helped a person two years ago. My friend. I just purchased the bus ticket for him. He got off from the bus in front of the Laredo Bridge. Then he crossed the bridge.

MR to RD: Well, he said, "I didn't do all those. I didn't bring people. I didn't help people. I just helped a friend once."

RD to MH: We know you helped people, okay? We know you helped people.

MR: Did you understand what he said? Listen to this carefully, Moktar. It is good to speak the truth. This is up to you. You are 31 years old. You are not a child. Is it up to whether you wish to help yourself or not? It is totally your wish. Now answer this, do you know this hotel?

MH: I know this hotel.

MR to RD: Yes, he knows the hotel.

RD: How do you know the hotel?

MR: How do you know the hotel?

MH: This is the center. I live at the center of Monterrey. I roam around there when I am free. I have seen that hotel there.

MR: What do you mean you roam around? Explain more.

MH: Just like that. When I don't have work, I walk around. I just walk around.

MR to RD: He says he just knows the hotel … when he doesn't have work he just walks around and sees the hotel.

MR: Do you see him? He doesn't agree.

RD to MH: Moktar, this is your only time to tell us the truth, okay?

MR: This is your time to tell the truth.

RD to MH: You are looking at a lot of time in prison.

MR: You need to help yourself. Or else, you will spend a lot of time in the jail.

RD to MH: If you don't start telling us the truth, we can't help you.

MR: If you don't speak the truth right now, this country may not help you anymore.

MH: I didn't understand.

MR: If you don't speak the truth, this country will not be able to help you anymore. Then this country knows a lot. This is not Bangladesh, right? I mentioned the questions to you, I don't know if you remember, I told you multiple times. Sometimes we ask the question but we already know the answer. But we want to know the truth

from you. This is your opportunity. He doesn't want to hear lies. Because time has come for you. Well, I have tried by best to make you understand, alright? If you don't want to help yourself, I can't do much. So, I want to begin again.

MR to RD: Give him another opportunity.

RD to MH: Now this is the time. We know that you are responsible. We have done a lot of interviews of people. I have talked probably to hundreds of Bangladeshis. A lot of people know you. Now is your time.

MR: He has spoken with at least 100 Bangladeshis. He knows a lot. Everything is known to him. He knows that you are involved. He just wants to hear it from you now. But only the truth. We don't want here anything other than the truth. This won't waste our time or your time. It won't help unless you speak the truth. He is giving you an opportunity to speak the truth now, okay? After this, I can't help you anymore. After this, I won't be here for you. This is the time. I feel this will help you.

MR to RD: I just let him know that he is in a tough situation. It's hard to say yourself … I wanted to tell him that may be it will be easier for him to start with a couple easier, yes-or-no questions to set up. I will let him know, maybe it will be easier. It seems like he wants to talk. So …

MR: It seems to me that the opportunity that we are giving you will help you. Let me ask a straight question. You answer it straight, yes or no. Let's start like this. May be you will slowly overcome the fear. And you may agree to speak the truth. Let's try this again, alright?

MH: Okay.

RD to MH: So the only business that you are engaged in, the only thing you are doing for money to selling clothing, is that correct?

MR: Is it true that the only thing you do for a living is sell clothing?

MH: I sell clothing, yes.

RD to MH: That's all you do? You don't have any other source of income?

MR: You don't have any other source of income? Keep in mind that the question is easy, yes or no. We know the answer. We will ask the question again. It's the same question but we are asking it differently. Think and answer. Don't you have any other source of income? Don't you earn Taka or Peso or dollar from other sources? Any other sources?

MH: I only sell clothing.

MR: Do you understand that when you say this to him, he may think that you are lying, don't you think?

**END OF CONVERSATION-1 IN CD 1**

**BEGINNING OF CONVERSATION-2 IN CD 1**

MR: Don't you understand that we know the answers to the questions that we are asking you? Do you understand that we are giving you an opportunity to speak the truth, are you mindful of that?

MR to RD: I let him know that we know the answers already.

MR: Moktar, listen, we know all the answer. Answers are already known.

MH: Let me tell you brother…

MR: Okay, tell me …

MH: I am sorry, I trafficked people.

MR: What did you say after sorry …

MH: I trafficked people that way, I helped them. What I have done was motivated by money and what I have earned so far exceeds my qualification.

MR to RD: He said, "I did help people coming to this country; whatever I did I did it for money."

MH: I sell clothing, alright? I help people, but I didn't realize, I didn't know that this whole thing would bring me here for what I did.

MR to RD: He helped people to come to this country but he didn't realize that that would bring him here today. That he never understood.

RD to MH: How many people did you help?

MR: I want to say this first.

RD to MR: I want to congratulate him first.

MR: You may be happy about this or congratulate yourself that, I am saying this again, we do this a lot. Nobody sits on the other side of the table unless we know him really well, alright? It is very difficult to tell the truth. Because you are feeling bad here.

This is normal. There is no person in the world who would be happy when he is arrested. The reality is that it may help you. Well, you should be happy a little bit that you could put one step forward. Well, we'll talk more truthfully about this, alright?

MR to RD: We are gonna talk more truthfully.

RD to MH: How many people did you help?

MR: How many people did you help?

MH: Until now?

MR: Yes

MH: Maybe it is between 60 to 80 people.

MR: Only this many?

MH: Yes, that is range.

MR: 60 to 80 people?

MH: Yes.

MR: Within what time?

MR to RD: I just asked how much time?

RD: Okay.

MH: May be one year and a half.

MR to RD: He thinks it is last year and a half.

MR: All Bangladeshis or also other countries?

MH: All Bangladeshis.

RD: Only 60 to 80?

MR: Only 60 to 80?

MH: Above 60 and below 80. This would be something like this.

MR: You have done it for a while. How many people? This is a big number, isn't it?

MR to RD: It could be more.

MH: Do you think it could be over 80? Could it be 90? 81?

MH: It will be under 80. It could be 81 or not.

MR to RD: It could be 81 too … may be not.

RD to MH: How did you help those people? What did you help them with?

MR: How did you help those people?

MH: They used to come to the bus terminal. They wouldn't know the house here.

MR to RD: They come by bus, but they, the Bengalis, wouldn't know where the house was in Monterrey.

MR: Where and whose house did they not know?

MH: They didn't know the house in Mexico.

MR: In which city?

MH: They didn't know the house in Monterrey.

MR: Okay.

MH: Well, I came across people from my area, basically people I know.

MR: Who? Who is known to whom?

MH: People from the same village, next area, same union. Somehow they collected my number and came to me, they asked for my help.

MR: They came to you?

MH: Their family used to call from home … please help my son.

MR to RD: People from Bangladesh, family members, used to call him for help, "Hi Moktar, help me."

MR: How did they know to call you?

MH: Back home people just get to know who helped whom to travel. It is something like this: Somebody lives in that village who can help you and I'll manage his number.

MR to RD: People would give the family members his contact … where to go how but how did they know about him …

MR: How did they know your number and address?

MH: People who came from my area or union or next *thana* (local police station) or USA, they found out. If I helped somebody today, he left; he communicated with others. Somebody lives in that village and I'll give you his number; contact him.

MR: You can help people to come to this country.

MH: This is after they arrive in Tapachula.

MR: Did they know that this was an illegal traveling?

MH: Yes, they knew that it was illegal.

MR to RD: So, these people whether some of them from the States or whether it's a word of mouth … people would just know that he was the contact.

MR: So, they would contact you after they arrive in Tapachula, isn't it?

MH: Once they are there [Tapachula] they would collect my number.

MR to RD: Once they arrive in Tapachula, they would have … whoever they would have… people in the States … they would ask, hey, where do we go next? Then he knows people would contact him at that point. And they were well aware that he is able to help people illegally coming to the United States.

MR: I don't understand … consider, I am a Bengali, right? And I came to Mexico somehow … in Tapachula, right? So, after I came here, I know somebody in the USA, and I called him. That person told me about you.

MH: Yes.

MR: So, I don't understand how the person living in America knows about you.

MH: It is like this: a guy received help through me, he traveled safely; that guy now lives in the USA, so, his friends then also wanted to come to the USA. They asked around how he went to the USA and through whose help. If he knew, he provided the information to them or they communicated with his family. Or, they managed to collect the mobile number or they inquired about who lived in Mexico and who could help them. It works something like this.

MR to RD: So, how people know in the United States to contact him … his answer is that … someone who has successfully made it to the US, previously … the word of mouth spreads from that …I made it … contact this guy… so, I guess, how did the first person know about him?

MR: How did the first person who traveled to the US know about you? For example, 80 or 85 went to the USA; but the first person who went there didn't know that you could help. How did he know that you might help?

MH: This person lives in Monterrey, from my own *thana* (local police station or village; in this case, he meant his village, the jurisdiction of the local police station). From my own *thana*.

MR: So, is this what you were saying earlier that you helped a friend two years ago?

MH: Yes.

MR to RD: Okay, so, the question was simple … who was the very first person … how did he know how to contact you … he said, that was the person he was referring to at the beginning that he helped … and he was saying that …

MR: Did you know him in Monterrey?

MH: I knew him from home.

MR to RD: They met in Bangladesh.

MR: Are your homes in the same area? In Sylhet?

MH: Yes, in Sylhet.

MR: Do you miss the tea in Sylhet?

MR to RD: He misses having tea from Sylhet a lot.

RD: [chuckles] Oh, yeah?

MR: That's world famous. It's filled with tea. Tea is made there … world famous … that's the main thing in Sylhet

RD: Yeah? Is it like black tea, herbal tea, or flower tea?

MR: Sylhet has the best tea in the country … they sell it worldwide …So, they knew each other from Sylhet.

RD: Okay.

MR: So, he came to this country … Did he know that you live here, meaning Mexico?

MR to RD: So, he came to the guy, his friend from Sylhet to Mexico … he wasn't aware that he was there.

MH: No.

MR: How did you two meet?

MH: He knew I used to live in Brazil. When he was moving from Brazil to Mexico, he received the message that I had moved to Mexico.

MR to RD: So, when his friend went to Brazil his friend found out, heard from others, he came to Mexico.

RD: Okay.

MR: Okay, did he call you after arriving in Mexico? Did he call your mobile?

MH: Yes, he called me.

MR to RD: Yes, his friend called him.

MR: Did he call you in Mexico? How did he know to call you in Mexico?

MH: When he arrived in Brazil he inquired where I was. Then he learned that I had left. He collected my number from them. Then he called me and informed me that he was coming; he wanted to go the USA.

MR: Did he call you from Brazil?

MH: Yes. I told him, alright. The place is dangerous. Come with preparation. After arriving in Mexico, he told me, "my friend, I am here. I have my papers and would like to go to the USA. I live in Mexico City now and I would like to stay in your place." But I told him that I live in Monterrey. Then he told me that Monterrey was near the US border. I don't know the language. Buy me the ticket.

MR to RD: He has a long explanation to … basically that we are back on the bus to Laredo.

RD: Okay

MR: So, how would he enter Laredo by bus because he isn't a citizen of this country. How would he enter the country? How did you help him?

MH: He told me that he would go to the bus station to buy the bus ticket; he would go there by taxi. Then I called a taxi driver and told him that he was going to the USA. Taxi driver dropped him off at the bridge, where the US Immigration office was.

MR: So, did he go to Mexico's Laredo side by bus?

MH: No, he took a taxi.

MR: He took a taxi. You told the taxi driver to drop him off somewhere.

MH: In front of the bridge.

MR to RD: Okay, he told the cab driver to take them in front of the bridge.

MR: What did you ask him to do when he would arrive on the bridge?

MH: He crossed the bridge by walking.

MR to RD: He is saying he walked on top of the bridge to come to the Unites States.

RD: Okay, that's how he came into the United States through the bridge?

MR: Toward America?

MH: Yes, toward America, over the bridge.

MH: American immigration officer caught him.

MR to RD: That's how the immigration officers got him.

RD: That was the first person, right?

MH: Yes, that was the first person.

RD: Okay, all the other people … how did you help them?

MR: How did you help all the other people?

MH: Other people…there are many people in Monterrey, many taxies. I ask the taxi driver to take them over there.

RD to MH: How does the taxi driver know where to go?

MR: The taxi driver from Monterrey drops off them at the US border, right? How does the taxi driver know where to drop them off?

MH: Bengalis, who go to the USA from here, are usually fearful of crossing over the bridge. They prefer crossing the river. They know a little bit of English. They ask to get dropped off near the river.

MR: So, you are saying that who don't use the bridge they cross the river with their own wish because they are afraid of going over the bridge.

MH: Yes, they are afraid of going over the bridge. They know a little bit of English. They ask the taxi driver to drop them off near the water.

MR to RD: The Bengalis … they choose where to go … with a little bit of English, with the driver, they go back and forth. A lot of them are afraid to go on top of the bridge, so they take the river and they say they want to take the river.

RD to MH: You don't tell the driver where to take them?

MR: Don't you ask the driver exactly where to go?

MH: I only tell them to take the people to Laredo. Laredo border. US border.

MR to RD: He just tells US border. That's all he says.

MH: There are many taxies in the bus station. I ask the taxi driver to take them near the river. They go there by taxi. There are many taxis in the Monterrey bus station.

MR: Yes, near the bus terminal.

MH: Yes, there are many taxis near the bus terminal.

MR: Did you meet with the Bangladeshis in that hotel?

MH: I used to go if they came.

RD to MH: You gave them food, so they can eat and bring them water, right?

MR: Did you give them food?

MH: They took care of their own food.

MR to RD: He said that he never gave them food. They brought their own food.

RD to MH: You never brought them food?

MR: Did they take food from you?

MR to RD: They bought their own food.

MR: You must have gone to meet with them at least once, right? Why would you meet them?

MR: Why did you go to meet them at least once?

MH: They used to call me and tell me, "brother, we have come, wouldn't we meet at least once as Bengali brothers?"

MR to RD: They will call him and ask, hey … you know … hey brother, we are Bengalis, come meet with us at least once …

MR: So, you met with them? What name would you use to introduce yourself?

MH: I used to ask them not to use my real name. Any other name would do.

MR: What name did they use to call you?

MH: They used to call me Ashraf. Sometimes they called me Moktar, Shaheen Hossain.

MR to RD: Lot of times they would call him different names … Hossain, Ashraf, Moktar …

MR: Your real name is Moktar, right? How did they know the other names?

MR to RD: He would tell them to call different names … those names.

RD to MH: Musa? Never used Musa?

MR: You may not have told them but didn't you mention yourself as Musa? Nobody called you Musa?

MH: I asked them to call me Ashraf Hossain.

MH: There are other people here. There are Indians and Bangladeshis.

MR: Moktar, that's what I am saying …. It doesn't have to be only Bangladeshis. Did anybody ever call you by the name of Musa? Or, did you ever introduce yourself as Musa?

MH: Hossain, Moktar, Ashraf.

MR: Did anybody ever call you Musa in your life? Nobody ever called you Musa?

MH: Do you understand …. People know me mostly as Ashraf or Hossain. Very few people know me as Moktar.

MR: Why did they call you Ashraf? Was it your nickname?

MH: Many people came here. They called me Hossain. They may call me Hossain or not. It is often the case that they would call me Ashraf.

MR: Why? Why?

MH: Just like that. There is no reason.

MR: So, they won't say anything? They didn't know the name.

MH: I asked them to use less my name Moktar or Hossain. I asked them to call me Ashraf.

MR to RD: He would just tell them not to call him by his name but … he is not aware of any other names … you know … he is denying that he was Musa …

MR: You talked about Indians meanwhile, why?

MH: There is a large number of Indians here. I know two Indians. I have a message that there are Indians.

MR: Where?

MH: In Monterrey. There are more Bangladeshis but I haven't met them.

MH: The Mexicans are saying that there are more Indians.

MR: I don't understand …. Why did you talk about them?

MH: I am saying this because you repeatedly said that I used Musa as my name. I wanted to say what I said was very different from what he had said.

MR: How so?

MH: He (RD) said that it must have been about 200, 150 people. But I said it was between 60 to 80. Here the name Musa came in. I have news that there are two Indians here. Actually they may have used this name Musa.

MR to RD: So, about the Musa name he has a long explanation to all that was that … you know … you mentioned he met many nationalities and spoke to over 100 people but he says his number is between 60 to 80 … that he actually helped come … he is thinking that he heard a couple of Indians … you know … over there … they lived there for a long time, so maybe that's where Musa is …

RD to MH: Look, we really appreciate that you are telling us the truth.

MR: We are appreciating you telling us the truth.

RD to MH: I believe that you are telling us some of the truth.

MR: We now believe that you are telling us some truths.

RD to MH: You are holding back some stuff.

MH: I am telling the truth, please tell him.

MR: You are telling the truth, but you are not telling us all the truth.

MH: Whatever I am saying is the truth.

MR to RD: Well, he is saying that whatever he has to say … whatever he is telling is correct. I think it's easier with question and answer.

RD to MH: I will show you some pictures that we have.

MR: He is going to show you some pictures.

RD to MH: That's you, right? Musa? You Musa, Ashraf, Ashraf, Musa, Musa, Ashraf, Musa, Musa, Ashraf, Musa. I can keep going, okay?

MH: What are the other pictures?

MR to RD: What are the other pictures?

RD to MH: Who are these? These are the people that identified you … people that you helped in Monterrey … the name that you used … the name you went by …

MR: He [MH] is asking who these people are.

RD: They are nobody. These are just pictures that we use.

MH: The pictures that he showed me … if those people give me another name with their wish but they don't know my name as Ashraf, Moktar or Musa …

MR: It is true that some of them call you Ashraf, right? You also asked them to call you Ashraf but not Musa.

MR to RD: Nonetheless, he is still thinking they for whatever reason called him Musa …

MH: May be some of them went there and they thought they shouldn't use the original name … they don't know which is the original name …

MR: I understand that. My question is that if you have any idea … whether somebody somewhere knows you as Musa. That is the question. You never heard before that they used to call you Musa?

MH: No, I haven't heard it.

MR to RD: Before today he never knew of somebody's calling him Musa. He is well aware of Ashraf.

RD to MH: So, how much money did you get paid?

MR: How much money did you get for one person?

MH: 200 taka.

MR: By 200 taka you mean 200 US dollars?

MH: 200 US dollars.

RD to MH: That's it, 200 US?

MR: So, you worked so hard for only 200 dollars?

MH: I didn't know that this thing would come this far. If I knew I would not have done this work.

MR to RD: He didn't know that this is gonna bring him here tonight. If he had known that he wouldn't have done any of this.

MR: That's we all understand. We appreciate that. The main thing is no person in this world is like our Prophet. That is fine. But that is before. But you are here today. What will happen to you in the future that will depend on you. Everybody likes to hear the truth. They know all about you. But nobody likes it when you don't speak the truth.

MH to RD: Just reiterating that lot of people get to lot of places for a lot of reasons for being truthful. What happens in the future is really up to him. It is important to speak the truth. So, where should we go next?

RD: So, he only got paid 200 US dollars per person?

MR: Only 200 US dollars for each person?

MH: Yes, not more. Sometimes it could be even less.

MR to RD: Sometime less, never more.

RD to MH: Is that US dollars, is that pesos, is that taka?

MR: US dollars.

RD to MH: So, who would you have to bring them to the border?

MR: Who did you use to bring them to the border?

MH: Where?

MR: Wherever it is … who would bring them to the border?

MH: Monterrey to the USA?

MR: Yes … to the border … who would take them?

MH: There are many taxies at the bus station. There would be nearly 100 taxis. I would ask the taxi driver if he would go or not.

MR: Who would ask the driver?

MH: Myself.

MR to RD: He would ask in person whether they would go or not.

MR: There wasn't anybody specific?

MH: No, nobody specific.

MR to RD: He says there wasn't anybody specific … he would ask.

RD to MH: You never used the same person?

MR: Didn't you use one person more than one time?

MH: May be one driver went for two consecutive days or three days or went again for a day after a week or went today and never again.

MR to RD: It so happened that it was random … you know …somebody happens to be there that day … some have done it a few times … some did it just for being there …

RD: Did the taxi driver know that they were coming to the United States illegally?

MR: So, did the taxi driver know the reason you were bringing them to the border … that they were going to the USA illegally?

MH: The taxi drivers didn't know.

MR: They didn't know about it?

MH: The didn't know.

MR: But you said before that …

MH: They go and drop them off somewhere. I ask them if they know the canal and ask them to drop them off on the bank of the river.

MR: So, don't they have common sense … they are not kids!

MH: They didn't tell me how they will go across the river or that they didn't have visas.

MR: What is your opinion whether taxi drivers know what was going on? What is your common-sense opinion about it?

MH: My idea is that they know but we don't talk about it. I never spoke about it because I took $800 from 4 guys. If I spoke extra, many things would come out. How do you bring people here? How do you send them over there? Or, how much money…I don't talk about these things. I just ask whether somebody wants to go over there. And if he said yes, I ask how much.

MR: Which language did you speak?

MH: Spanish. After fixing the fare I would give the fare to the guys.

MR to RD: He says he thinks they know … they probably had an idea … that the drivers would know what was going on but he wouldn't get into any long conversation with them because then they would ask questions after seeing that he got 200 dollars per person … and the driver was willing to take them or not

RD: Okay …

MH: I would give the fare money that the driver asked for to the guys. When they get off the car at the destination, they hand out the fare to the taxi driver.

MR: When they get to the border?

MR: How much did they pay the taxi driver?

MH: Sometimes 3000 taka, sometimes 2500 taka.

MR: What do you mean by 3000 taka?

MH: Mexican. 4000 taka.

MR: Did each of them pay 3000/4000 peso or every together paid that amount?

MH: They paid it together.

MR to RD: They would pay 3000 to 4000 pesos before they got out of the car.

RD: Who would pay?

MR: The people in the vehicle once they got dropped off …

RD to MH: You never paid them? You didn't pay the driver?

MR: Didn't you pay them? They can't speak Spanish! Didn't you negotiate?

MH: I would make an agreement that when the guys would get off the car they would pay the driver. Because there are many drivers that I don't know.

MR: So, you would give the fare money to the Bengalis.

MH: Yes, Bengalis. There are many drivers that I don't know. If I give him the money in advance, he would drop them off half-an-hour prior to reaching the destination. If the driver doesn't go all the way to their destination and leave them early … for that reason I ask the guys to pay when they get off. I tell the driver that they will pay him they get off your taxi.

MR to RD: He would give the money to the riders because he didn't know the drivers, so, just in case they don't take them to the right place … so, he would tell the Bengalis in the vehicle, hey, before you get out give the money at that time …

MR: What did you do with the drivers that you knew? Did you pay him directly?

MH: At the beginning I used to pay them. I found out that money was lost 2 or 3 times. After losing money 2/3 times, I never gave the money directly to the taxi driver.

MR to RD: First he did (pay to the taxi driver) but when he saw that sometimes drivers ripped them off he stopped paying them directly to the driver …

RD to MH: Did you ever talk to the driver about where specifically to take them?

MR: Did you talk with the driver about where he would drop them off.

MH: Yes, we talk during departure.

MR to RD: Yes, often.

MR: Where?

MH: On the bank of the river.

MR to RD: By the river.

RD to MH: Did you ever use landmarks? Did you say by the red house; by big tree; by a bus station? How did they know where to stop by the river?

MR: How did they know exactly what spot on the river bank?

MH: There was no fixed spot. I only said where the river has less water.

MR: How did you say specifically where was less water in the river? The river is huge.

MH: Consider this car that is moving … the bridge is really far, may be half a kilometer, sometimes 1 kilometer, sometimes 2100 yards far.

MR: Didn't you ask the driver to drop them off around the same place?

MH: At first I thought they dropped them off at the same place. When those guys get out in the US, from the US jail, then sometimes a few speak with me, "brother, we got out." So, my idea is that the drivers don't drop them off at the right place. I ask if they faced any inconvenience. They say, no, there was no problem.

MR: You told the taxi driver to drop them off next to the bridge but you didn't realize that they dropped them off before or after the bridge. Alright, I understand.

MR to RD: So, he would say next to the bridge … right? Next to the water and he would say wherever the water is not high but over time he would learn that it would anywhere between half a kilometer to a whole kilometer away from where he said next to the bridge and how he found this out over time was that few people here and there once they would get out of detention centers in the United States they would call him, hey brother, I got out, this is how much I paid for bond, hey, just so you know this is where I got dropped off. That's how he eventually learned that it was not always on the same spot. He didn't realize that until people started calling him and he really got the information.

RD: How would the driver decide where to drop them off?

MR: So, you said one place …

MH: I said where there is little water in the river, drop them off there …

MR: But close to the bridge, right? Yet drivers would often drop them off about half to one kilometer away. So, when the drivers dropped them off at another spot. Why did they drop off the guys in different places? Why do you think that is the case?

MH: My idea is that there were Mexican police … Mexican immigration over the bridge. That's why the driver would drop them off a bit away from the bridge.

MR to RD: He thinks that there were Mexican police on the bridge, that's why the driver would drop them off far away …

RD: So, Mexican immigration would tell them where to go?

MR: No, No, he thinks that's why the driver went further away from the area … instead of close to the bridge or the river …

RD to MH: Okay, you use a lot of different drivers that you are saying?

MR: Did you use different drivers?

MH: I can't say the exact number of drivers.

MR: Guess how many drivers did you use in a year and a half?

MH: I can't say the exact number. May be 35 to 40.

MR to RD: He is not sure … He thinks it may be 40 or 50

MR: Nobody is believing this.

MH: I can't guess. It was seen that a driver may have gone 2 or 3 times; another driver may be one time. Another driver went several times. I can't give you an exact number.

MR: So, nobody is believing it …

MH: I can't say it exactly.

MR: It's not that … what you said earlier. You are telling us some truth, some lies. It's not like you are lying but you are telling some truth but some you are holding back. But know that I will not be at the court tomorrow. He will be there. What case this country will bring against you will depend on what you say and how much he is writing it down. How much you are speaking the truth he will note it down, alright? We know the answers to the questions, right? You are 31 years old. You are not a kid. So, I am going to ask you a question. Answer with proper understanding. Did any driver go with you to the hotel? Was he with you?

MH: These four guys went to the bus terminal … those guys … There is a market with pictures, next to the bus station. It was seen sometimes that those guys stood in front of the market where there were taxis next to the market. Sometimes the taxis were next to the bus terminal. They talked to the taxi driver. But sometimes taxi drivers didn't arrive. So, they didn't go to the bus terminal. Sometimes they stopped the taxi next to the road.

MR to RD: He gave me different places … that you know … they would get on the bus … by the bus station … but, that I didn't ask …

MR: But I didn't ask this question. Listen to my question very carefully, alright? I am speaking with you respectfully. I am speaking like your elder brother. You are not a kid. I am also not a kid, right? I am maintaining civility while I am speaking, you agree with that, right? You didn't know me before today but as a human being, as a person, or as a Bangladeshi, I am speaking with gentleness, right? Moktar, listen to my question carefully. Did you ever go to that hotel with any driver to meet with them?

MH: I would need time to recall it.

MR: Do you need time to remember it?

MH: No, no, I don't need time. Yes, I went but very few times.

MR: Alright, alright … you don't need time to answer this. So, the answer is you went along with the driver.

MR to RD: Yes, he has a taken a driver (to the hotel). He reiterates very little time but, yes, he has. First he couldn't remember but I told him to take some time to remember. And, he came back, yes, I have gone a few times.

RD: Taken him?

MR: With the driver when he went to see the Bengalis at the hotel. There was a driver with him. He indicates only a few times.

RD: Why has he taken them?

MR: So, the guy who lived in your village … whom you took to the hotel … when you met with him … You took this driver to that hotel but why did you take him there?

MH: If it were 11 or 12 midnight, I am scared. I am afraid of walking alone. Somebody might rob me or take away the mobile and money. That's when I would take a taxi.

MR: So, you would go there alone during the day and generally with somebody at night.

MR to RD: So, he was worried about his safety because of the area, so, at nights, because of what time, he would take the driver with him.

RD: What is the driver's name?

MR: What was the name of that driver?

MH: I don't know the name.

MR: I am asking you again, Moktar. Let me tell you something. This … this belief … can go in both directions, right?

MH: I remember the Bangla name if I hear it once, I remember it, I don't forget it. I usually don't remember the names of Mexican drivers or other countries, even after hearing them 4/5 times. It is not like I am using the same taxi every day. I usually find

a taxi in front of the hotel. I call it and ask if the driver would go or not. I don't ask the name of the taxi driver. It is something like this.

MR to RD: He is explaining that if he catches a Bengalis' name he remembers it because he is Bengali. But with a Mexican person … you know … he doesn't remember all the different names. So, he is having a tough time settling that there was only one driver, you know ….

RD: So, ask him if he saw a picture would he recognize a driver?

MR: So, if you are shown a picture of a driver then …

MH: Yes, show me the picture. If I see the picture, maybe I will recognize.

MR: Yes, if he sees the picture, he would recognize.

RD: Tell him to come forward.

MR: Come forward a bit with your chair.

RD: Time is 22:42. Take a look at these pictures. You may or may not recognize somebody on here. You recognize anybody on there?

MR: Did you recognize anybody?

RD to MH: Are you sure?

MH: I haven't seen anybody during the last year and a half or two years.

MR: He is saying that he has seen none of them in a year and a half.

MR: May be you have seen but you can't recall, that's possible, right?

MR: May be you have seen one of them but you can't remember …

MR: May be he is not a driver but do you recognize anybody?

MH: No, I haven't seen them.

MR: Maybe you have seen them.

RD to MH: Do you recognize anyone, maybe there were not drivers?

MR: You don't recognize anybody at all?

MH: No, I haven't seen anyone. I know a lot of people in Mexico City but there is no understanding here.

MR: That was not the question.

MH: I want to say that there is no understanding in Monterrey. I haven't seen those people in the photos. If I knew them I would have said so.

MR: It may be possible that you have seen them but you can't recall them. That is also possible, isn't it?

MH: I don't understand the question.

MR: It is possible that you have seen them but don't remember.

MH: It is possible but I don't recall. It is possible. If I knew those people in the photos, I would have said so. I have no problem in saying that.

MR to RD: He keeps saying …

RD: What is he saying?

MR: He is saying he doesn't recognize any of them … you know … I am saying, well, it could be that you have seen them but don't remember …

RD to MH: Moktar, right now I am gonna tell you what you are looking at, you are looking at a lot of time in jail, okay? Because you are the only person we have. You are the only person we have to blame. In Laredo there were 677 Bangladeshis that came through and a lot of them recognized you and a lot of them recognized the driver.

MR: 677 Bangladeshis. Not Indians, not Pakistanis. We are talking about only Bangladeshis. 677. I am telling you again that we have spoken with 677 Bangladeshis, many of whom know you and their pictures are here. One of them was seen with you many times. Many a times we think that, because we are talking very gently, you can tell the truth a little bit and some you hold back. I am reminding you that everybody can get mad. You are not a kid. You are 31 years old. You can help yourself or not.

MH: Now 677 people are entering ….

MR: That topic is not now. We will talk about it later. Nobody is making up things here. There are much formalities here in this country, right?

**END OF CD 1**

**Moktar Hossain Interview** (CD 2)

Today is November 29th 2018, time 21.01, special agent Ryan DiAndrea, along with special agent Mohammed Rahman, at the HSI Houston Airport office, conducting interview of a Bangladeshi national Moktar Hossain.

**Ryan DiAndrea** - RD

**Mohammed Rahman** - MR

**Moktar Hossain** – MH

English conversation in Red.

MR: If we were in Bangladesh they would have beaten you and left you somewhere. They wouldn't have given you food. I have given you whatever I could, right? You can see the tone, alright? You will stay in the jail for a long time … to use an expression from back home … eating the rice in jail … your future in jail may be for a long time, alright? But if you don't help me, you may face a long time in jail. Everything will depend on you. We are asking the question again: do you recognize anybody here?

MH: I have told you many times here …I may have seen somebody one day …

MR: Moktar, Moktar, Moktar, it seems to me that you understand that we are not doing this for the first time here. We do this all the rime, alright? If you need more time, you can take it. We are asking you a question because we know who you know. But we would like to know it from you. You will not find me after today. Things will turn toward another direction. That is your wish. This is the opportunity.

MH: I can't recall. I have seen the pictures. May be I have sent somebody 8/9 months ago, 10 months ago, 5 months ago, I may have sent somebody or I have brought somebody with me. I can't recall this now. Many things may not be in my memory because I might forget.

MR to RD: Could be in five months or lot before that but right now his point is a specific one …

MH: There are many things but the problem today …

MR to RD: Okay, let me break it down in a different way. Someone can look different in different times …

MR: That's fine. Whether it is one year ago, 8 months ago, it doesn't matter. The face changes, right? How old are you?

MH: I maybe 29.

MR: So, your age is 30.

MH: 31.

MR: When were you born?

MH: [redacted]

MR: [redacted]. Is it your right birthday?

MH: Yes.

MR: You know that back home people reduce their age by a year or two. That is a different issue. You are 30 years old and will be 31. Do you recognize anybody here? Use your common sense. Maybe the face was a bit different five months ago, may be it had beard, may be the hair was shorter, may be the face had glasses. According to this, do you recognize anybody?

MH: The problem I am facing here today … I can't accept myself here … if I knew if this work would bring me here, I wouldn't have done this. What I have said, I can't recall many things. I can't recall. Things are not in my memory.

MR to RD: He reiterated the fact that has happened today … his mind is all over the place …so, some things are not coming to him because of the situation he didn't expect …

MH: I can't figure out the problem that is happening today. I am not being able to give you accurate answers to the questions you are asking. I don't understand what I am saying.

MR: So, that's alright, right? We said before that we understand that. It is tough that you are sitting down for some time. I said earlier that today may be your worst day. So, let's take a break for a few minutes.

RD to MH: We will step out. We are gonna let you think. Push back your chair against the wall. We are gonna come back after a few minutes and let him take a rest.

MR: Okay, you sit here for some time and push the chair behind. Do you need help or you can do it yourself?

MH: No, I can do it.

RD: Time is 22:51. We are going to take a few minutes break.

MR: Now sit down for some time. You are now being given an opportunity to think with cool head, alright? If necessary, lean back and close your eyes. No problem. But sit down over there. He will stay with you. We'll give you a little bit of time to think, alright? Do you need more water?

MH: I have water.

MR: Think a little bit. What you will say or won't say, alright? Think clearly, alright?

BREAK

RD to MH: Do you have any tattoos? Do you have any tattoo? No tattoos?

BREAK

RD: Alright, time is 23:06, we are resuming the interview.

RD to MH: So, you pulled this piece of paper on the desk and you are looking at it. Are you sure you don't recognize anyone?

MR: Do you recall?

MH: I don't recall anybody here.

RD to MH: So, we know how people travel through South and Central America and how they come to the United States and there is a lot of different *dalal* (broker) along the way. Do you know anybody else? Do you know the names of anybody you work with? Or you heard of?

MR: So, we know how people come to this country, alright? We know how people arrive after leaving from Dhaka airport through mountains and jungles … we know all this. The question is not that. Everybody knows this. The question is, do you know anybody else who help with this type of travels? You have come like this but you are not alone, right? Today many people are in many places. This begins from back home, right? So, who else do you know?

MH: They also work in another state.

MR: Which country?

MH: Tapachula, Mexico.

MR: What's his name?

MH: 4 people work there.

MR: Are they all Bangladeshis?

MH: Bengali.

MR: What are their names?

MH: One of them is called Sadek, one of them is Mohammad Imad.

RD to MH: Mohammad Imal?

MR: Spell the name.

MH: I-M-A-D.

MR: O, Imad!

MH: One of them is Mustafa Kamal, and another is Milon Mia.

MR: Milon Mia is not his real name. People call him with that name, right?

MH: Milon Mia is his real name.

MR to RD: So, he is aware of four other Bengalis that work out of Mexico and these four names are Imad, Tapachula.

RD to MH: Sadek?

MR: Sadek.

RD to MH: Mustafa Kamal?

MR: Mustafa Kamal.

MH: Milon Mia.

RD: Milon Mia.

RD to MH: Where do they live? All of them? In Tapachula?

MH: Tapachula.

RD to MH: What about other places in Mexico? Anywhere else?

MR: Is there anybody else in Mexico? Anybody else?

MH: There are people in Monterrey, I got this message. There are people in Mexico, right? He said he was Indian because they don't know Bangladesh. They said they had seen my Indian friend. For a long time. But I never asked the name, nor where he worked or where he lived.

MR: He is saying there are a few others in Monterrey. Two people? Indians? You don't know who they are.

MH: No, I don't know … where they lived … or about them.

MR to RD: He knows … he heard from other Mexicans … they said, hey, there are couple of Indians that are also doing this … in Monterrey.

RD to MH: What about other countries?

MR: Do you know if anybody else is in another country?

RD: Guatemala? Honduras?

MH: I haven't seen this.

MR: What do you mean by haven't seen this? Do you know if there are Bengalis in other countries?

MH: Not in my knowledge. There is one in Costa Rica.

MR: There is a Bengali in Costa Rica?

MH: There is a Bengali in Costa Rica.

MR: What is the name of the Bengali in Costa Rica?

MH: Abdur Rahman.

MR: He is a Bengali in Costa Rica.

MR: Anybody else?

MH: I don't know anybody else.

MR: Any other country?

MR: You said earlier that …

MR to RD: He said he has a friend in Brazil.

MR: You talked about your first friend who came … from Sylhet? He was looking for you in Brazil. You friends said this, right? Don't you know anybody in Brazil?

MH: There are many people in Brazil. Over 100. Many people.

MR: Over 100 people?

MH: A lot of people.

MR: But we expect that, just the way you were helping Bengalis, was somebody also helping others in Brazil?

MH: Not in my knowledge.

MR to RD: He doesn't know.

RD to MH: Did you ever work with any of those 4 people or you just know about them?

MR: So, the name of the four people you gave us … in Tapachula … Did you ever work with the 4 people who you mentioned living in Tapachula? How do you know those 4 people?

MH: When I first came to Tapachula, they came before me, two years ago. Mustafa Kamal, Mohammad Emad, Sadek—these three came before me. I met them when I arrived.

MR: What did they do over there?

MH: They were doing the same task.

MR to RD: When he first got to Mexico, in Tapachula, everybody except Milon Mia was already there.

MH: They came two years earlier.

MR to RD: Two years prior to him getting there … and that's what they do … they help people.

MR: They help people to come to America?

MH: Yes.

MR to RD: They help people getting to the States.

MR: When did Milon Mia come? How do you know him?

MH: It has been a year and a half or two years since he came.

MR to RD: He knows Milon Mia for about two years.

MR: How do you know him?

MH: He came there. He established a restaurant there. I went there.

MR: What do you mean by there?

MH: In Tapachula.

MR: Tapachula.

MR to RD: Milon Mia … when he got to Tapachula, he established a restaurant.

MH: There is a state called Chiapas. I went to Chiapas.

MR: Chiapas, what is that? Is that a state?

MH: A large state. Next to Tapachula.

MR to RD: There is a state called Chiapas something, next to Tapachula. He went to Chiapas.

MH: I went to Chiapas for clothing because there are Bengalis. The distance between Chiapas and Tapachula is 2 hours.

MR: So, how did you know that he lived in Chiapas?

MH: I came to Chiapas. After finishing work, I thought I would go to Tapachula and meet with him. I stayed there for 2/3 days. I met him.

MR: Why did you go there to meet with him?

MR to RD: He was nearby. Because he was in Chiapas. He went to Tapachula because there was a fellow Bengali, so … I don't know … I would introduce myself.

MR: So, how did you know that there were Bengalis?

MH: That is, we used to communicate … Sadek is there. I used to talk to them sometimes. I heard from them that a new Bengali arrived and established a restaurant this way.

MR to RD: He heard about Milon Mia from the other three because they talked a couple of times …hey, there is a new Bengali here … and he put out a restaurant over here.

RD to MH: So, when you get paid by people to help them, how would they get you the money? Would they pay you in person or they send you the money in Western Union? Money Gram?

MR: How did you get the money? Didn't they give you money? How did you receive the money?

MH: Sometimes they gave me money by hand.

MR: What do you mean, by hand? Was there dollar? 200 dollars?

MH: Dollar wasn't there all the time. Sometimes in dollar, sometimes in peso … Mexican money.

MR to RD: Sometimes dollars, sometimes pesos … lot of times by hand …

MR: When they didn't pay you by hand, how did they give it to you?

MH: They would give me pesos.

MR: When they didn't pay you in person, how would they pay you?

MH: They would bring it over there.

MR: So, did they give you the money always by hand? Did they give you money in Monterrey?

MH: Yes, they used to give me money in Monterrey.

MR: In Monterrey?

MH: Yes, Monterrey.

MR to RD: They always paid by hand.

MH: They used to bring money from home. They would bring money from anywhere. They would bring money to Mexico.

MR: They never paid you in taka?

MH: They never paid back home.

MR: No, no, did they pay you in Bangladeshi taka? Only in peso and dollar?

MH: Currency of this country.

MR to RD: Always in peso or dollar …

RD to MH: Okay, so, did you ever help out Milon with moving people or would Milon send people to you or anyone else, any other people? Was it Sadek, Mostafa, Mohammad ….

MR: So, Milon Mia, Mohammad Emad, Sadek, Mostafa … did they ever send people to you? Did they communicate with you?

MH: They would send people directly.

MR: Meaning to you?

MH: They would send people directly through Renaissance to Migel Aleman … a site near Laredo … they sent people through Renaissance.

MR: Through Renaissance?

MR to RD: Migel Aleman? There is a site called Migel Aleman, near Laredo … He said, all four of them sent people directly

RD: Okay.

MH: Through the Matamoros state.

MR: Through Matamoros … I didn't understand.

MH: Matamoros is another state. Like Monterrey.

MR: Okay.

RD to MH: Is there anything else you want to tell us?

MR: We'll ask something else.

MR: Do you have any sign on your body, something like a tattoo?

MH: No sign.

MR: There is no sign on the body?

MH: None.

MR: Do you want to tell us anything else?

MH: I don't understand.

MR: Do you want to tell us anything else? Do you want to say something more? Something else? Do you want to add anything?

MH: I don't have anything else to say. I have sinned and I have to repent. I don't have anything else to say. I have to take responsibility for what I have done.

MR: Okay, we found a ledger in the house that you were living in. So, what else is there in that ledger?

MH: There are a few numbers. And, there is an accounting of how many people entered the country. That accounting is there.

MR: I understand that there is the estimation of how many people entered the country. There are numbers. But number of what? Phone number?

MH: Mobile number.

MR: Whose number?

MH: It has my mobile number or those of my friends.

MR to RD: So, the ledger has … you know … people's phone numbers of his friends and others and also people that came here in the States.

MR: That means, the people you sent to this country … and then transaction of money? Are those there?

MH: Like that.

MR to RD: It (ledger) has who paid what …

RD: Okay. What was he saying about his phone numbers?

MR: That's what it is … he got his phone numbers …

RD: Okay, got you, got you …

MR: Phone numbers and … you know … people that came here and who paid what …

RD: The ledger he is talking about is here …

MR: He said ledger? I used the other word

MR: I said, what's there in the staff (ledger) that we found …

RD to MH: So, this is yours?

MH: Hmm, this is mine.

MR: There is something else. The bank check book, deposit slips, receipts…are those yours?

MH: All of those are mine.

MR: Are these three phones yours?

MH: One phone doesn't work. The white one doesn't work.

MR to RD: All these phones are his but the white one doesn't work.

MR: It doesn't work for a long time, is that the case?

MH: I don't use this.

MR: Does it have pictures?

MH: No, I just kept it empty.

MR: You have never used it?

MH: It is a used phone. My friend gifted it to me. I never used it.

MR: Okay, alright, it was given to you but you never used it.

MR to RD: A friend gave him the white phone but he didn't use it … he just kept it as a gift. He says all three phones are his …

MR: What are the number of these phones?

MH: One number has 80 at the end.

MR: Tell me one number first.

MH: I haven't memorized the number.

MR: You don't remember the number but how do you know the number?

MH: I will find out.

MR to RD: He is willing to get the number. He doesn't memorize it.

RD: Could you tell him that we will touch the phone if he is willing to allow us to look through the phone to verify his story …

MR: According to the regulations of this country, many thanks to you today … you want to provide the phone number but in this country they don't want to do anything. Do you agree that we can take a look at your phone? Can you give us permission?

MH: I give you permission.

MR: We can see everything in the phone, as we wish?

MH: Everything.

MR: Everything?

MH: Yes, everything.

MR to RD: He said you can see whatever you want … however you want …

RD: He is willing to let us see his phone.

MR: Haven't you memorized a single phone number?

MH: No, I haven't memorized any number.

MR: These are all Mexican numbers?

MH: All of them.

MR: What's the difference? Is one phone for back home? Is one for this country? Is anyone of the phone for any particular reason?

RD: Tell him that he doesn't have to do this but this helps to verify his story. We are not forcing him to do it.

MR: Yeah, he understands that. I asked him several times. And he said yes.

MR: Is each phone for one need only?

MH: One phone for friends … many people call me. Another one for family.

MR: Which one is for the family?

MH: There is a black one.

MR to RD: The other black one is for his family.

MR: And this one is for friends?

MH: Yes.

MR to RD: This one is for friends and stuff. The other one is for his family.

MR: All family members are back home?

MH: Hmm, yes, back home.

RD: Would he tell us what the password pattern is?

MR: Do you agree to give us the password of this phone?

MH: Yes.

MR: How?

RD: Okay.

MR: Small letter n, right?

MR to RD: Put a small n on the lower left side …

RD: Is it the password for all phones?

MR: Is there one password for all phones?

MH: Yes, the same.

MR: It's the same. Is it lower case n? Is it with 4 digits?

MH: Not that one … that's n …

MR: What is the number of that?

MR to RD: This one is by number.

RD: 7891? Thank you.

MR: 7891, right?

MR: That one is for friends, right?

MH: Yes.

MR to RD: The one for friend is 7891. And the family one is a small n …

MR: This one doesn't have any password?

MH: This has a password but doesn't have sim …

MR: What is the password for the white one?

MH: That's the same … lower case n.

MR to RD: This one doesn't have any sim on it … but the same password as the other one … small n.

RD: Okay, that was 7891, right?

MR: 7891, right?

MH: Yes.

RD: I just want to sign it.

MR: Sure. So, I asked him earlier if he has anything else to say … you know … he thought about it ... looks like he wanted to … there's a lot to say … but, well, he is here now …

RD: Does he know what kind of phone this is … the blue?

MR: What kind of phone is this? Do you know?

MH: That one?

RD: Oppo? (Oppo is the name of a camera smartphone, made by the Chinese company Oppo)

MR: Yeah, that's what he is saying

RD: Okay.

MR: Anything else … different shade he indicated … the one that has a password on it … has purple on the back, one that he specifically used for his friends …

RD: Okay, I'll write it down.

MR: So, we have talked a lot, isn't it? Sitting in my chair I understand how it feels to be sitting in that chair. It won't be fair to say that, right? I won't say this but I understand that this situation has turned everything upside down. Everybody understand that. So, how are your brother and parents back home?

MH: All family members went to *omrah* (informal Muslim pilgrimage to Mecca and Medina in Saudi Arabia).

MR: O, there went to perform *omrah*, yes, you said that before. So, how long have they been to Saudi Arabia?

MH: It has been eight days.

MR: Does that mean they left permanently?

MH: No, they went for 15 days. It has been 8 days.

MR: Oh, why did they go? Just to travel?

MH: They went to perform *omrah*.

MR: Oh, they went to perform Hajj? The hajj during Kurbani? That small one? I understand now. I took a bit long to understand this. Have you gone yourself? Do you wish to go?

MH: I wished to go but there is no chance of going now. I wished to go home, wanted to perform *omrah* and then go home.

MR: Did all three of them go… parents and brother?

MH: Mother, father, brother, sister-in-law, and niece.

MR: It requires a lot of money. Do you send money back home? Do you help your family?

MH: I help my family. I have a brother in Brazil.

MR: Is this another brother, not related by blood? You are two brothers … didn't you say before?

MH: There are five brothers.

MR: I thought you had two brothers.

MH: I said that I am the second. Five brothers, two sisters.

MR: How many brothers are there in Brazil?

MH: One.

MR: What number is that brother?

MH: The third.

MR to RD: I misunderstood. They are five brothers. He is number two.

MR: The third one … How old is he?

MH: He might be 21/22.

MR: How old is the youngest one?

MH: He is very little.

MR to RD: The third one … he is in Brazil. The one that's younger to him … he is about 21/22 …

RD: What's his name?

MR: What's his name?

MH: Kamil Ahmed.

MR: Did you go to Brazil together? Or, he came after you went there?

MH: He came after I went there.

MR: How many years has he been there?

MH: Almost two years. Or maybe year and a half or two years.

MR to RD: Two years or a year and a half later … his brother came to Brazil. They missed each other while he was in Brazil.

RD: This is for his friends?

MR: Yes.

RD: Does he know the phone numbers for each?

MR: No, he doesn't have the phone numbers.

MH: What may happen tomorrow?

MR: Tomorrow, as I said earlier, I won't be there. This was an opportunity. Before I forget, this is the stuff for your phone. This is where you name is, Moktar Hossain, Immigration Enforcement Agent and his name, my name, and your willing permission to inspect your phone as we wished. Whatever happens, what is where, you gave us permission to see your phone. It is also written what other phones you have. We are telling you that if we find anything in your phone after searching it, that information could be used against you, alright? You agreed. I don't work on this, but people who work on this, they would look at your phone. The main point is they will examine whatever they may find in your phone. Do you understand?

MH: There are some photos of my family? Could they be deleted?

MR: The people who will examine them, they won't say anything, right?

MR to RD: He is asking there are some secret family pictures. Can they be deleted? And I am letting him know that they are not telling anybody.

RD: We don't care about those pictures. We are just looking to verify your story. Any family pictures, we won't …

MR: They do this work. We keep quiet. It is their work.

RD: We see that stuff every day. It's secret. We won't say anything about it.

MR: Your pictures are your family's secret. They are also secret here.

RD to MH: I give you my word.

MR: You need to sign another paper, like the one before. You have to provide your name and sign again. You said that you allowed the inspection of your phone by your own willingness. You understood that. Nobody threatened you. It was not said like this that you must provide the permission to inspect the phone. It is your wish. You have been asked whether you know your phone numbers, whether you agree to give us permission, …you gave us permission and you agree that you were not threatened. The last thing states that you have read what I have said and understood. If you want to read, you can read. I don't know if you would understand this but you can read if you wish. This means that you have read this and you have rights. You can write your name above and then sign below. You can print your name above and then sign below it.

MR to RD: What's the time? It's the 29th, right?

RD to MR: Yes, 23:36. 11:36.

MR: Print your name here and sign here.

RD: I am just gonna take the phone and put them in the bag in front of the camera.

MR to MH: Do you want to go through the phone?

RD: I am just gonna put him on camera and have him verify each one of these are his.

MR: Okay.

RD: Just say when I show it to him to say that … Is this your phone?

MR: Is this your phone?

MH: Yes.

RD: Correct? This one?

MR: This one?

RD: They are all yours?

MR: Are these all yours? All three?

RD: Okay, this also?

MH: Yes.

RD: Okay, thank you.

MR: So, many things are said here and many things were not said. To tell the truth, much has been said and, on the other hand, not a lot was said. This is the truth. We haven't learned much, we haven't done much, we haven't talked much … how do I say this, we talked a lot about basic things here. There is a lot to talk about internal matters … we haven't covered those today. Do you have any objection to working with us in the future?

MH: What type of work?

MR: That means more conversation.

MH: If I knew that this thing would come this far …

CD 2 End of conversation 1

Beginning of CD 2 Conversation 2

MH: I can work. It is not like people won't survive without being in this type of work. If I knew first that the situation will come this far, then I would have never done this work. After leaving from here, I pray that I won't have to return to this path again. I ask for God's forgiveness.

MR: Anyways, it may be for money or helping people back home …. Whatever it is, the main point is nobody can change what has happened, right? If you want to speak with us in the future, there will be a lawyer for you exclusively, alright? It will start from tomorrow. Then the situation will be a bit different. That's why we helped you today, alright?

MR to RD: From the beginning … if he knew this would be the end result he would have gone to a different route.

MR: Anyway, whatever the reason, to earn more money, to help a lot of people … the main point is that is now the past. Nobody can change it, right? If you want to tell us anything, from now on, there will be a lawyer for you. It will begin from tomorrow. Then the situation will be different. That's why today we offered our help to you.

MR to RD: I just let him know that as of tomorrow he will have an attorney.

MH: How long will the lawyer be with me?

MR: What did you say?

MH: How long will the lawyer be there?

MR to RD: He is asking how many days the attorney is gonna be with him?

RD to MH: The attorney will be with you throughout the entire time.

MR: The attorney will be with you as long as your need.

RD to MH: America is great. You have a free attorney. You don't have to pay for it, you don't have to give him money.

MR: No need to pay. No Bangladeshi money.

MH: Won't I return to Bangladesh?

MR to RD: He is asking, am I not going back to Bangladesh?

RD to MH: Eventually you will, but you have to face trial in the United States first.

MR: Yes, you will return to Bangladesh. That will happen after a while. But before that you have to go through the court of this country, alright? Do you understand that there is a system in this country?

MH: I don't know that. I wanted to know one thing. How long will it take? How many days?

MR: It doesn't depend on us alone.

MR to RD: The usual question, how long, how many days will it take?

RD: We don't know. It all depends.

MR: The answer is, it depends. Today is the big step forward.

MR: We don't know how long it will take.

RD to MH: If you tell us the truth, we can make it go faster.

MR: Although we know all the answers, but you helped yourself, okay? It will help you one way or the other. But nobody here can do it. There is a system here, okay? Everything is done through a system. Anyways, poor, rich, doesn't matter in this country. Everybody is under the law, alright? This is good. There is a judge in the court. The procedure will begin from tomorrow and will go on until all things are taken care of. How long will it take, we can't say. You will know eventually, okay?

MH: 15 days, 20 days, one month?

MR: We can't say this.

RD to MH: Your attorney will explain all this to you tomorrow. Your attorney will probably talk to you in Spanish because he won't speak Bangla.

MR: The attorney that you will get tomorrow will be Spanish. There are not many Bengali attorneys. He will speak to you in Spanish and conduct his work in English, understand?

RD to MH: But if you get to a point when you can't communicate with your attorney, they will get an interpreter for you.

MR: Do you understand Spanish well?

MH: I understand 60%.

MR: If you don't understand well, they will give you a Bengali interpreter, okay? Like I am doing for you.

RD: Does he have any other questions for us?

MR: Do you have any other questions for us?

RD to MH: Moktar, thank you. Thank you very much. Thank you for being honest with us.

RD: Ok, time is 11:44 pm, 23:44. We are concluding interview with Moktar Hossain.

MH: Can I call home?

MR: Not from here. Not at this time. You will go to the court tomorrow. Then they will allow you to call, of course. You will be able to call over there, of course.

MR to RD: Does everybody get a free call or something at some point?

RD to MR: Yes, you will get a free call tomorrow.

MR: Yes, tomorrow morning. You don't need to pay.

MR to RD: He wants to call Bangladesh tomorrow.

RD to MH: Yes, they will be able to set you up a call either tonight or tomorrow morning. You can sit for a minute.

MR: You can sit. It will take a little bit of time.

GLC Global Language Center

Date

## CERTIFICATE OF TRANSLATION AND ACCURACY

I, Sadia Ahmed, am competent to translate from Bengali into English, and certify that the translation of Audio - CD 1 & 2 is true and accurate to the best of my abilities

Sadia Ahmed 7/11/2019
Signature of Translator

Sadia Ahmed
Name of Translator

1800 N. Oak St Suite 1802 Arlington, VA 22209
Address of Translator

703 303-4030
Telephone Number of Translator