**DIANA SONG QUIROGA,**
United States Magistrate Judge, Presiding

| | | | |
|---|---|---|---|
| Deputy Clerk | Cindy Dominguez-De Leon | Open | 10:14 AM |
| Court Reporter | Mayra Ramirez, ERO | | |
| Court Interpreter | n/a | Adjourn | 10:16 AM |
| U.S. Pretrial | Ana Rodriguez | | |
| U.S. Marshal | Deputy Saldana | DATE | **July 26, 2019** |

Southern District of Texas / Laredo Division Docket No. 5:18-CR-912-1
**Material Witness Docket No.** 5:18-CR-912-1

| | | |
|---|---|---|
| United States of America | § | Anthony Brown, AUSA |
| vs | § | |
| Moklar Hossain, Defendant | § | |

# Courtroom Minutes

## Initial Appearance of Material Witness

- ✔ Initial appearance of **Material Witness,** Khaled Masud.
- ✔ Defendant is from Bangladesh and needs a Bengali interpreter. Court reset hearing to 8/1/2019 at 11:00 a.m. with an interpreter.
- ✔ Material Witness **remanded** to the custody of U.S. Marshals.

/cd