USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

LAREDO DIVISION — NO. 5:18-CR-0912-S

SUPERSEDING INDICTMENT — Filed: July 30, 2019 — Judge: Diana Saldana

ATTORNEYS:

UNITED STATES OF AMERICA

RYAN K. PATRICK, USA
JOSE HOMERO RAMIREZ, AUSA-IN CHARGE
BRIAN A. BENCZKOWSKI, AAG
JAMES HEPBURN, TRIAL ATTORNEY
ERIN COX, TRIAL ATTORNEY

VS.

**MOKTAR HOSSAIN,**
AKA Muktar Hussain, AKA Musa, AKA Musa Bhai, AKA Babu Bhai,
AKA Ashraf, AKA Ashrab, AKA Ricky, AKA Carlos

**MILON MIAH,**
AKA Milon Mia, AKA Milon, AKA Melon

**CHARGE:**

| | |
|---|---|
| Ct. 1: | Conspiracy to Bring an Alien to the United States, [8 U.S.C. §§ 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(i), & 1324(a)(1)(B)(i)] |
| Cts. 2-15: | Bringing an Alien to the United States and Aiding and Abetting, [8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2] |
| Cts. 16-30: | Bringing an Alien to the United States and Aiding and Abetting, [8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2] |
| Ct. 31: | Conspiracy to Encourage and Induce an Alien to Enter the United States, [8 U.S.C. §§ 1324(a)(1)(A)(iv), 1324(a)(1)(A)(v)(I), & 1324(a)(1)(B)(i)] |

**TOTAL COUNTS: 31**

PENALTY:

| | |
|---|---|
| Ct.1: | Maximum 10 years imprisonment; Maximum $250,000 fine; Maximum 3 years supervised release;$100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§ 3556, 3663, 3664. |
| Cts. 2-3 & Cts. 16-17 | Minimum 3 years imprisonment; Maximum 10 years imprisonment; Maximum $250,000 fine; Maximum 3 years supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§ 3556, 3663, 3664. |
| Cts. 4-15 & Cts. 18-30 | **Penalty on Any Subsequent Substantive Count**: Minimum 5 years imprisonment; Maximum 15 years imprisonment; Maximum $250,000 fine; Maximum 3 years supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§ 3556, 3663, 3664. |
| Ct. 31 | Maximum 10 years imprisonment; Maximum $250,000 fine; Maximum 3 years supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent; Restitution: 18 U.S.C. §§ 3556, 3663, 3664. |