United States District Court
Southern District of Texas
**ENTERED**
July 31, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MOKTAR HOSSAIN;** | § | **CRIMINAL NO. 5:18-CR-0912-S** |
| AKA Muktar Hussain; AKA Musa; | § | |
| AKA Musa Bhai; AKA Babu Bhai; | § | |
| AKA Ashraf; AKA Ashrab; | § | |
| AKA Ricky; AKA Carlos, and | § | **UNDER SEAL** |
| | § | |
| **MILON MIAH;** | § | |
| AKA Milon Mia; | § | |
| AKA Milon; AKA Melon | § | |

**ORDER FOR ISSUANCE OF BENCH WARRANT**

It appearing to the Court that a Superseding Indictment has been filed against the defendants listed below, it is hereby ORDERED that a warrant be issued for the arrest of said defendants and bail is hereby set in the amount shown below, returnable instanter to the Laredo Division of this Court, such bail to be taken by the United States Magistrate Judge.

| DEFENDANT | AMOUNT OF BAIL |
|---|---|
| **MOKTAR HOSSAIN,** AKA Muktar Hussain, AKA Musa, AKA Musa Bhai, AKA Babu Bhai, AKA Ashraf, AKA Ashrab, AKA Ricky, AKA Carlos | To be set at Initial Appearance |
| **MILON MIAH,** AKA Milon Mia, AKA Milon, AKA Melon, | To be set at Initial Appearance |

ENTERED in Laredo, Texas, this 30th day of July, 2019.

[signature]
UNITED STATES MAGISTRATE JUDGE