United States District Court
Southern District of Texas
**ENTERED**
August 01, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 5:18−cr−00912 |
| | § | |
| Moktar Hossain | § | |

Material Witness(es): **Khaled Masud**

ORDER APPOINTING PUBLIC DEFENDER

Because each above-named material witness has testified under oath or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel, and because the interest of justice so requires, the Federal Public Defender is hereby appointed to represent the material witness(es) in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

Diana Song Quiroga
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

Date: August 1, 2019