United States District Court
Southern District of Texas
**ENTERED**
October 02, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 5:18−cr−00912 |
| | § | |
| Milon Miah | § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, Milon Miah, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Adrian Chapa**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on October 2, 2019.

Sam S. Sheldon
United States Magistrate Judge