**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA

v. Case Number: 5:18−cr−00912

Milon Miah

---

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Sam S Sheldon

**PLACE:**

United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

**DATE:** 10/9/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment

Date: October 2, 2019

David J. Bradley, Clerk