United States District Court
Southern District of Texas
**ENTERED**
October 03, 2019
David J. Bradley, Clerk

**DS 2**
(Transporting Cases)

**MILON MIAH**
**L-18-CR-912-02**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1300 VICTORIA
Laredo, Texas 78040 (956) 723-3542

**HON. DIANA SALDAÑA, U.S. DISTRICT JUDGE**
**ARRAIGNMENT: OCTOBER 9, 2019**

**NOTICE**
**TRIAL SETTING**

**TO: ALL DEFENDANTS AND COUNSEL:**

All Pre-trial Motions (including Motion for discovery, to Suppress, etc. ) must be filed no later than **OCTOBER 21, 2019** at 10:00 A.M. or else they are waived.

ALL DISCOVERY MOTIONS SHALL CONTAIN A NOTATION THAT THE DESIRED INFORMATION HAS BEEN REQUESTED FROM THE U. S. ATTORNEY AND THE REQUEST HAS BEEN DENIED. DISCOVERY MOTIONS WITHOUT THIS NOTATION WILL BE REJECTED.

FINAL PRE-TRIAL CONFERENCE: **TUESDAY, NOVEMBER 5, 2019, AT 3:30 PM** BEFORE JUDGE SAM SHELDON / CTRM #2A FOR ALL TRANSPORTING CASES.

**NOTE:** You may also be summoned to appear on some date prior to the pre-trial conference, particularly if any motions filed by you require an evidentiary hearing. It is your responsibility to be here when called and to be sure that we have your valid, current address and phone number.

**JURY SELECTION IS SET FOR [TO BE ADVISED] BEFORE JUDGE SALDAÑA/CTRM #3A. YOUR TRIAL WILL BEGIN EITHER THAT DAY OR AS SOON THEREAFTER AS ANY PRIOR CASE IS TERMINATED.**

**FAILURE TO APPEAR AS SCHEDULED MAY RESULT IN YOUR BOND BEING FORFEITED.**
**BY ORDER OF THE COURT.**

**DAVID J. BRADLEY**
CLERK OF COURT

By: **Claudia Rodriguez,**
Case Manager