**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MOKTAR HOSSAIN,**<br>AKA Muktar Hussain, AKA Musa,<br>AKA Musa Bhai, AKA Babu Bhai,<br>AKA Ashraf, AKA Ashrab,<br>AKA Ricky, AKA Carlos, | §<br>§<br>§<br>§<br>§ | **CRIMINAL NO. 5:18-CR-0912-S2**<br><br><br><br>**UNDER SEAL** |
| | § | |
| **MOHAMAD MILON HOSSAIN,**<br>AKA Milon Miah, AKA Milon Mia,<br>AKA Milon, AKA Melon, and | §<br>§<br>§ | |
| | § | |
| **SAIFULLAH AL-MAMUN,**<br>AKA Saiful Al-Mamun,<br>AKA Saiful Islam | §<br>§<br>§ | |

**MOTION FOR BENCH WARRANT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Department of Justice, Criminal Division, Human Rights and Special Prosecutions Section, and respectfully moves this Honorable Court to issue a Bench Warrant for the arrest of defendant **SAIFULLAH AL-MAMUN**, AKA Saiful Al-Mamun, AKA Saiful Islam, on the grounds that a Superseding Indictment has been filed against said defendant on **October 8, 2019**.

WHEREFORE, PREMISES CONSIDERED, the Government respectfully requests this

Honorable Court issue a Bench Warrant for the arrest of Defendant **SAIFULLAH AL-MAMUN**.

Respectfully submitted,

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
Department of Justice

By: ______________________
Erin Cox – IL Bar No. 6308801
James Hepburn – PA Bar No. 200051
Trial Attorneys
Human Rights and Special Prosecutions
U.S. Department of Justice, Criminal Division
1301 New York Ave. NW, 3rd Floor
Washington, D.C. 20530
202-598-2771
erin.cox@usdoj.gov