United States District Court
Southern District of Texas
**ENTERED**
October 10, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MOKTAR HOSSAIN,** | § | **CRIMINAL NO. 5:18-CR-0912-S2** |
| AKA Muktar Hussain, AKA Musa, | § | |
| AKA Musa Bhai, AKA Babu Bhai, | § | |
| AKA Ashraf, AKA Ashrab, | § | |
| AKA Ricky, AKA Carlos, | § | **UNDER SEAL** |
| | § | |
| **MOHAMAD MILON HOSSAIN,** | § | |
| AKA Milon Miah, AKA Milon Mia, | § | |
| AKA Milon, AKA Melon, and | § | |
| | § | |
| **SAIFULLAH AL-MAMUN,** | § | |
| AKA Saiful Al-Mamun, | § | |
| AKA Saiful Islam | § | |

**ORDER FOR ISSUANCE OF BENCH WARRANT**

It appearing to the Court that a Second Superseding Indictment has been filed against the defendants listed below, it is hereby ORDERED that a warrant be issued for the arrest of said defendant and bail is hereby set in the amount shown below, returnable instanter to the Laredo Division of this Court, such bail to be taken by the United States Magistrate Judge.

| DEFENDANT | AMOUNT OF BAIL |
|---|---|
| **SAIFULLAH AL-MAMUN,**<br>AKA Saiful Al-Mamun,<br>AKA Saiful Islam | To be set at Initial Appearance |

ENTERED in Laredo, Texas, this 8th day of October, 2019

[signature]
UNITED STATES MAGISTRATE JUDGE