**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA

v. Case Number: 5:18−cr−00912

Mohamad Milon Hossain

---

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Diana Saldana

**PLACE:**
Courtroom 3A
United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

**DATE:** 3/5/2020

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Final Pretrial Conference

Date: March 4, 2020

David J. Bradley, Clerk