United States District Court
Southern District of Texas
**ENTERED**
May 12, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CR. NO. 5:18-CR-00912-S2-002** |
| | § | |
| **MOHAMAD MILON HOSSAIN** | § | |
| **AKA: MILON MIAH, AKA: MILON MIA, AKA: MILON, AKA: MELON** | § | |

**ORDER**

The Court having considered the Motion to Extend Time to File Response to the Presentence Investigation Report finds the Motion should be and same hereby is

✓ Granted ________ Denied

The deadline to respond to the Presentence Investigation Report is set for June 15, 2020.

Signed on May 12, 2020.

DIANA SALDAÑA
UNITED STATES DISTRICT JUDGE