**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCIT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 5:18-CR-00912-S-001** |
| | § | |
| **MOKTAR HOSSAIN** | § | |

**SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO THE PRESENTENCE INVESTIGATION REPORT**

TO THE HONORABLE DIANA SALDAÑA, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS:

The Defendant, Moktar Hossain, by and through his attorney Roel Canales, moves this Honorable Court to continue the deadlines to file a response to the Presentence Investigation Report, based on the following:

I.

**Moktar Hossain** is indicted for violations of 8 U.S.C. § 1324 (a)(1)(A)(v)(I) and 1324 (a)(1)(A)(i) and 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2. On April 23, 2020, the undersigned received the Presentence Investigation Report of the defendant through CM/ECF. A response by the undersigned on behalf of defendant is due on June 13, 2020.

II.

The undersigned respectfully requests an additional 30 days to file a response to the Presentence Investigation Report due to the language barrier that exists between the undersigned and the defendant. The defendant speaks Bengali and some very limited Spanish; therefore, an interpreter will be necessary to review the voluminous Presentence Investigation Report with the defendant.

The undersigned has coordinated with an interpreter and the detention facility to review

the Presentence Investigation Report with the defendant telephonically.

The interpreter, Mr. Mohammad is available June 12, 2020 for a telephonic interview with the Defendant and the undersigned. It is likely that additional telephonic conferences may be required with the Interpreter given the complex nature of this case. If granted, the additional time will allow the undersigned to adequately review the 45-page PSR and prepare a response.

III.

The undersigned has conferred with the AUSA assigned to this case, James Hepburn, and he is unopposed to this motion.

WHEREFORE PREMISES CONSIDERED, the Defendant prays that this Court will grant his motion and extend his time to file a response to the Presentence Investigation Report for at least 30 days.

Respectfully submitted,

CANALES LAW, PLLC

/s/roel canales
Roel Canales
416 Shiloh Drive Unit C1
Laredo, Texas 78041
(956) 723-0100
(956) 290-8272
State Bar No. 24057792
rcanaleslaw@outlook.com

## CERTIFICATE OF SERVICE

This is to certify that on June 10, 2020, a true and correct copy of the above and foregoing document was served on the Assigned AUSA via EC/CMF.

/s/roelcanales
Roel Canales