**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCIT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 5:18-CR-00912-S2-002** |
| | § | |
| **MOHAMAD MILON HOSSAIN** | § | |
| **AKA: MILON MIAH, AKA: MILON MIA,** | § | |
| **AKA: MILON, AKA: MELON** | § | |

**SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO THE PRESENTENCE INVESTIGATION REPORT**

TO THE HONORABLE DIANA SALDAÑA, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS:

The Defendant, MOHAMAD MILON HOSSAIN, by and through his attorney Adrian Chapa III, moves this Honorable Court to continue the deadlines to file a response to the Presentence Investigation Report, based on the following:

I.

**MOHAMAD MILON HOSSAIN** is indicted for violations of 8 U.S.C. § 1324 (a)(1)(A)(v)(I) and 1324 (a)(1)(A)(i) and 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2. On April 23, 2020, the undersigned received the Presentence Investigation Report of the defendant through CM/ECF. A response by the undersigned on behalf of defendant is due on June 13, 2020.

II.

The undersigned respectfully requests an additional 30 days to file a response to the Presentence Investigation Report due to the language barrier that exists between the undersigned and the defendant. The defendant speaks Bengali; therefore, an interpreter may be necessary to review the voluminous Presentence Investigation Report with the defendant. If granted, the additional time will allow the undersigned to review the PSR in person or telephonically.

Additionally, it will allow the undersigned to coordinate with an interpreter and the detention facility to review the Presentence Investigation Report with the defendant.

III.

The undersigned has conferred with the AUSA assigned to this case, James Hepburn, and he is unopposed to this motion.

WHEREFORE PREMISES CONSIDERED, the Defendant prays that this Court will grant his motion and extend his time to file a response to the Presentence Investigation Report for at least 30 days.

Respectfully submitted,

Saenz & Chapa, PLLC

*/s/ Adrian Chapa III*
Adrian Chapa III
1302 Washington St.
Laredo, Texas 78040
(956) 707-1010
(956) 723-5520
State Bar No. 24038811
adrian@saenzlaw.net

## CERTIFICATE OF SERVICE

This is to certify that on June 15, 2020, a true and correct copy of the above and foregoing document was served on the Assigned AUSA via EC/CMF.

*/s/ Adrian Chapa III*
Adrian Chapa III