**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **v** | § | **Cr. No. L-18-00912** |
| **KHALED MASUD** | § | |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW the Federal Public Defender and notifies this Court and all parties that Assistant Federal Public Defender, **JOHN S. PAUL**, hereby enters **his appearance and substitutes for Assistant Federal Public Defender Francisco Valcarcel for Khaled Masud** in the above-referenced case. This change does not affect the mailing address or phone number.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar No. 14003750
Southern District of Texas No. 3233
By /S/ John S. Paul
JOHN S. PAUL
Assistant Federal Public Defender
Attorney in Charge
Texas State Bar No. 00791413
Southern District of Texas No. 33158
Attorneys for Defendant
1202 Houston Street
Laredo, Texas 78040
Telephone: 956-753-5313
Fax: 956-753-5317

**CERTIFICATE OF SERVICE**

I certify that on December 15, 2020 a copy of this Notice of Substitution of Counsel was served by Notification of Electronic Filing to the office of Assistant United States Attorney.

/S/ John S. Paul

JOHN S. PAUL
Assistant Federal Public Defender