**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**OFFICE OF THE CLERK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ' | |
| **VS** | ' | **CRIMINAL NO. 5:18-CR-00912** |
| **MOKTAR HOSSAIN** | ' | |

AKA Muktar Hossain,
AKA Musa,
AKA Musa Bhai,
AKA Babu Bhai,
AKA Ashraf,
AKA Ashrab,
AKA Ricky,
AKA Carlos

## NOTICE OF NON-APPEAL

I am a defendant in this case, and I have now been sentenced. I know that I have the right to appeal to the Court of Appeals. I have discussed my case with my attorney and I have decided not to pursue an appeal.

## RENUNCIA A UNA APELACION

Siendo el acusado en esta causa, he recibido ahora mi sentencia. Yo se bien que tengo el derecho de apelar esta sentencia a un Tribunal de Apelaciones y le he discutido con mi abogado. Sin embargo, he decidido no proceder con una apelacion.

________________ ______________________________
Date Defendant

______________________________
Attorney