United States Magistrate Court
CDS-SDTX
FILED

JUL 13 2026 3C

Nathan Ochsner, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA §
§
VS. § CRIMINAL ACTION NO. 5:19-912
§
Saifollah Al-mamun §

**DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT**

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that s/he has been charged via indictment or misdemeanor information and has received a copy thereof, HEREBY pleads not guilty to the charges contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for July 17, 2026 **before Magistrate Judge** Christopher Dos Santos.

Respectfully submitted on July 19, 2026.

Saifollah Al-mamun
Printed Name of Defendant

Signature of Defendant

R. Balli
Printed Name of Attorney

Signature of Attorney

**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under **Waivers**, using event **Waiver of Presence at Arraignment**, no later than ***48 hours*** prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.