**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus* Case Number: 5:18−cr−00912

Saifullah Al−Mamun

---

**Notice of Resetting**

**A proceeding has been reset in this case as to Saifullah Al−Mamun as set forth below.**

**BEFORE:**
**Judge Diana Saldana**

**LOCATION:**
Courtroom 3A
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 9/21/2026

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

---

Date: September 11, 2026 Nathan Ochsner, Clerk