**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 5:18−cr−00912

Saifullah Al−Mamun

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Diana Saldana

**PLACE:**
Courtroom 3A
United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

**DATE:** 12/14/2026

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Final Pretrial Conference

Date: September 21, 2026

Nathan Ochsner, Clerk
by G. Salinas, Deputy Clerk